IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIRA WAHLSTROM,<br><br>       Plaintiff,<br><br>   -against-<br><br>DAVID J. HOEY, LAW OFFICES OF DAVID J. HOEY, P.C., DON C. KEENAN, AND D.C. KEENAN & ASSOCIATES, P.C. D/B/A THE KEENAN LAW FIRM, P.C.<br><br>       Defendants | Civil Case No. 1:22-cv-10792 |

**NOTICE OF APPEARANCE OF JOHN J.E. MARKHAM, II**

  PLEASE TAKE NOTICE that the undersigned counsel hereby appears for Plaintiff Kira Wahlstrom in the above-referenced matter.

Dated: May 23, 2022

              Respectfully submitted,

              */s/ John J.E. Markham, II*
              John J.E. Markham, II (BBO No. 638579)
              MARKHAM READ ZERNER LLC
              One Commercial Wharf West
              Boston, Massachusetts 02110
              Tel: (617) 523-6329
              Fax:(617)742-8604
              jmarkham@markhamreadzerner.com
              *Attorneys for the Plaintiff*