Civil Action No.: 1:22-CV-10792-RGS

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) __David Hoey esq.__
was received by me on (date) __5/25/22__.

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____, a person of suitable age and discretion who resides there,
on (date) _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on (name of individual) __Attorney Bromby__, who is
designated by law to accept service of process on behalf of (name of organization) __Atty Hoey__
__at 10:20 Am at 352 Park St, N. Reading__ on (date) __5-26-22__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

__5-26-22__
Date

Server's Signature

__Jon Pollack, Process Svr.__
Printed name and title

JON POLLACK & ASSOC.
279 E. CENTRAL ST, #222
FRANKLIN MA 02038
Server's Address

Additional information regarding attempted service, etc: