**EXHIBIT C - 1**

**From:** kira wahlstrom
**Sent:** Thursday, June 11, 2015 9:24 AM
**To:** David Hoey
**Subject:** RE: Case Questions

Perfect I'll be there!!!!

Sent from my MetroPCS 4G Wireless Phone

-------- Original message --------
From: David Hoey <DHoey@hoeylaw.com>
Date:06/11/2015 12:22 PM (GMT-05:00)
To: kira wahlstrom <kirawahlstrom@live.com>
Cc:
Subject: RE: Case Questions

19th is good for signature and to visit Ann.
Meet me here at office at 9

**From:** kira wahlstrom [mailto:kirawahlstrom@live.com]
**Sent:** Thursday, June 11, 2015 12:14 PM
**To:** David Hoey
**Subject:** RE: Case Questions

Oh were not meeting at your office ok then can we do like 10 am. ?I'll meet you at your office at 9 am.  I have to be back to get scarlett for 4 pm.

I remember you said that about Don I just forgot.
I went to Dean for travel management.  I didn't go back to Bridgewater because I failed math, and school was very hard for me I am dislexic.  I love to work so I chose that path .

I can come by anytime to sign when is best. Do you need me to do it before the 19th or can I do it then?

Kira

Sent from my MetroPCS 4G Wireless Phone

-------- Original message --------
From: David Hoey <DHoey@hoeylaw.com>
Date:06/11/2015 11:15 AM (GMT-05:00)
To: kira wahlstrom <kirawahlstrom@live.com>
Cc:

Subject: RE: Case Questions                                             **EXHIBIT C - 2**

I mentioned it to you one of the last couple of visits. It's the same fee agreement as before but with Don's name since he is also trying the case with me on July 13th. It doesn't change your percentage or cost you more money. Ill show it to you next time I see you.

What science?
Why didn't go back for second semester at Bridgewater?
9am would mean we would have to leave here at 8AM. I can do that if that is best

---

**From:** kira wahlstrom [mailto:kirawahlstrom@live.com]
**Sent:** Thursday, June 11, 2015 11:04 AM
**To:** David Hoey
**Subject:** RE: Case Questions

What is the new fee agreement?
I went to Nauset high school in eastham. Dean college in Franklin ma associate of science degree. And Bridgewater state for 1 semester.

19th would be best. What time do you think I'd prefer around 9 am

Kira

Sent from my MetroPCS 4G Wireless Phone


-------- Original message --------
From: David Hoey <DHoey@hoeylaw.com>
Date:06/11/2015 10:56 AM (GMT-05:00)
To: "kira wahlstrom (kirawahlstrom@live.com)" <kirawahlstrom@live.com>
Cc:
Subject: Case Questions

1) I need you to stop by and sign the new fee agreement with DON.
2) What high school did you graduate from and what year? What schooling did you have after high school? Any degrees? What school? What year?
3) Can you meet with Ann and me on June 19 or 22nd?

David J. Hoey, Esq.
Law Office of David J. Hoey, P.C.
352 Park Street, Suite 105
North Reading, MA 01864
p: 978-664-3633 | f: 978-664-3643
dhoey@hoeylaw.com
www.hoeylaw.com