**EXHIBIT E - 1**

| | |
|---|---|
| **From:** | Bridget Zerner |
| **Sent:** | Wednesday, July 13, 2022 1:09 PM |
| **To:** | 'Pinta, Ian' |
| **Cc:** | joconnor@peabodyarnold.com |
| **Subject:** | RE: Wahlstrom Federal Case |

Thank you, Ian.

Bridget A. Zerner
**MARKHAM READ ZERNER LLC**
One Commercial Wharf West
Boston, MA 02110
Tel: (617) 523-6329
Fax: (617) 742-8604
bzerner@markhamreadzerner.com

www.markhamreadzerner.com

MARKHAM READ ZERNER LLC is a law office. This document may contain confidential matters or matters protected from disclosure by the attorney-client privilege. Any inadvertent disclosure of the content of this document to any unintended recipient is not intended to be, nor is it, a waiver of this privilege. If you have received this email in error, please advise us by return email and delete the contents of the email. Thank you.

**From:** Pinta, Ian <ipinta@toddweld.com>
**Sent:** Wednesday, July 13, 2022 11:53 AM
**To:** Bridget Zerner <bzerner@markhamreadzerner.com>
**Cc:** joconnor@peabodyarnold.com
**Subject:** RE: Wahlstrom Federal Case


Bridget – Jack O'Connor of Peabody Arnold will be representing Don Keenan and his firm in the Wahlstrom action.  I have cc'd Jack.

Thanks
Ian

Ian J. Pinta



Todd & Weld LLP
One Federal Street, Boston, MA  02110
Tel:  617.624.4755   Fax:  617.624.4855

www.toddweld.com

***While our office is open, we continue to have many team members working remotely consistent with local guidelines to slow the spread of COVID-19.  With the exception of payments or original documents, please use email to transmit documents or other communications to me in order to facilitate a more timely response.  Thank you.***

**From:** Pinta, Ian
**Sent:** Tuesday, July 12, 2022 8:28 AM
**To:** Bridget Zerner <bzerner@markhamreadzerner.com>
**Subject:** RE: Wahlstrom Federal Case

**EXHIBIT E - 2**

Bridget – I do not know if my firm or another firm will be representing Mr. Keenan and his firm in this action.  I expect to receive a formal coverage determination this week.  I or another attorney will then circle back to you on this issue.

Thanks
Ian

Ian J. Pinta


Todd & Weld LLP
One Federal Street, Boston, MA  02110
Tel:  617.624.4755   Fax:  617.624.4855

www.toddweld.com

*While our office is open, we continue to have many team members working remotely consistent with local guidelines to slow the spread of COVID-19.  With the exception of payments or original documents, please use email to transmit documents or other communications to me in order to facilitate a more timely response.  Thank you.*

**From:** Bridget Zerner <bzerner@markhamreadzerner.com>
**Sent:** Friday, July 8, 2022 3:13 PM
**To:** Pinta, Ian <ipinta@toddweld.com>
**Subject:** RE: Wahlstrom Federal Case

Ian:  We have attempted service of Mr. Keenan in Georgia and Florida on multiple occasions. See attached. Please advise if you are able to accept service or if we will need to incur the expense in seeking another remedy or go to the court for relief.  I also note that I understand under Georgia law, where Mr. Keenan practices, defendants have a duty to avoid unnecessary costs of serving the summons. Thank you.

Bridget A. Zerner
**MARKHAM READ ZERNER LLC**
One Commercial Wharf West
Boston, MA 02110
Tel: (617) 523-6329
Fax: (617) 742-8604
bzerner@markhamreadzerner.com

www.markhamreadzerner.com

MARKHAM READ ZERNER LLC is a law office. This document may contain confidential matters or matters protected from disclosure by the attorney-client privilege. Any inadvertent disclosure of the content of this document to any unintended recipient is not intended to be, nor is it, a waiver of this privilege. If you have received this email in error, please advise us by return email and delete the contents of the email. Thank you.

**From:** Bridget Zerner
**Sent:** Wednesday, June 29, 2022 5:34 PM

**To:** 'Pinta, Ian' <ipinta@toddweld.com>
**Subject:** RE: Wahlstrom Federal Case

**EXHIBIT E - 3**

Thanks – if you could let me know if you are authorized to accept service.   We can reach an agreement on a responsive pleading deadline like we did with Hoey.


Bridget A. Zerner
**MARKHAM READ ZERNER LLC**
One Commercial Wharf West
Boston, MA 02110
Tel: (617) 523-6329
Fax: (617) 742-8604
bzerner@markhamreadzerner.com

www.markhamreadzerner.com

MARKHAM READ ZERNER LLC is a law office. This document may contain confidential matters or matters protected from disclosure by the attorney-client privilege. Any inadvertent disclosure of the content of this document to any unintended recipient is not intended to be, nor is it, a waiver of this privilege. If you have received this email in error, please advise us by return email and delete the contents of the email. Thank you.

**From:** Pinta, Ian <ipinta@toddweld.com>
**Sent:** Monday, June 27, 2022 1:29 PM
**To:** Bridget Zerner <bzerner@markhamreadzerner.com>
**Subject:** RE: Wahlstrom Federal Case


Bridget – I do not know yet.  Once I have confirmation either way, I will let you know.

Thanks
Ian

Ian J. Pinta

 Todd & Weld LLP

Todd & Weld LLP
One Federal Street, Boston, MA  02110
Tel:  617.624.4755   Fax:  617.624.4855

www.toddweld.com

*While our office is open, we continue to have many team members working remotely consistent with local guidelines to slow the spread of COVID-19.  With the exception of payments or original documents, please use email to transmit documents or other communications to me in order to facilitate a more timely response.  Thank you.*

**From:** Bridget Zerner <bzerner@markhamreadzerner.com>
**Sent:** Friday, June 24, 2022 10:09 AM
**To:** Pinta, Ian <ipinta@toddweld.com>
**Subject:** Wahlstrom Federal Case

Morning, Ian – Will your firm be representing Mr. Keenan in the federal suit as well?

**EXHIBIT E - 4**

Bridget A. Zerner
**MARKHAM READ ZERNER LLC**
One Commercial Wharf West
Boston, MA 02110
Tel: (617) 523-6329
Fax: (617) 742-8604
bzerner@markhamreadzerner.com

www.markhamreadzerner.com

MARKHAM READ ZERNER LLC is a law office. This document may contain confidential matters or matters protected from disclosure by the attorney-client privilege. Any inadvertent disclosure of the content of this document to any unintended recipient is not intended to be, nor is it, a waiver of this privilege. If you have received this email in error, please advise us by return email and delete the contents of the email. Thank you.

This e-mail, and any attachments thereto, is intended only for the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me by return e-mail and permanently delete the original and any copy of this e-mail message and any printout thereof.
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding U.S. tax penalties.

This e-mail, and any attachments thereto, is intended only for the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me by return e-mail and permanently delete the original and any copy of this e-mail message and any printout thereof.
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding U.S. tax penalties.