

GEORGIA CORPORATIONS DIVISION

EXHIBIT A
GEORGIA SECRETARY OF STATE
# BRAD RAFFENSPERGER

**HOME (/)**

## BUSINESS SEARCH

### BUSINESS INFORMATION

| | |
|---|---|
| Business Name: | **KEENAN'S KIDS FOUNDATION, INC.** |
| Control Number: | **K812495** |
| Business Type: | **Domestic Nonprofit Corporation** |
| Business Status: | **Active/Compliance** |
| Business Purpose: | **NONE** |
| Principal Office Address: | **148 NASSAU ST NW, ATLANTA, GA, 30303-2010, USA** |
| Date of Formation / Registration Date: | **3/10/1998** |
| State of Formation: | **Georgia** |
| Last Annual Registration Year: | **2022** |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **DON C. KEENAN** |
| Physical Address: | **148 NASSAU STREET, N.W., ATLANTA, GA, 30303, USA** |
| County: | **Fulton** |

### OFFICER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| DON C KEENAN | CFO | 148 NASSAU ST NE, ATLANTA, GA, 30303, USA |
| DON C KEENAN | Secretary | 148 NASSAU ST NE, ATLANTA, GA, 30303, USA |
| DON C KEENAN | CEO | 148 NASSAU ST NE, ATLANTA, GA, 30303, USA |

Back      Filing History      Name History

Return to Business Search