**EXHIBIT B**

## UNITED STATES DISTRICT COURT
### for the
## DISTRICT OF MASSACHUSETTS

KIRA WAHLSTROM,

Plaintiff,

v.

DAVID J. HOEY, ET AL.,

Defendants.

CIVIL ACTION
NO. 1:22-CV-10792-RGS

### AFFIDAVIT OF DILIGENCE

COMES NOW AMY FERRERO, before the undersigned officer duly authorized to administer oaths and, after being duly sworn on oath deposes and states that she is a citizen of the United States, over the age of eighteen (18), and is a party having no interest in the above styled case, states that she attempted to serve KEENAN'S KIDS FOUNDATION, INC., c/o DON C. KEENAN, Registered Agent, at his business located at 148 Nassau Street, N.W., Atlanta, Georgia 30303. The attempt to serve was unsuccessful because:

1. Attempted service on August 9, 2022 at 2:33 PM. The door to the office was locked. No one responded when I knocked on the door. There was an overhead light on in the front entry area. I did not see anyone inside the office. There was a small window broken to the right of the front door and lumber stacked against the building.

2. Attempted service on August 10, 2022 at 1:58 PM. The door to the office was locked. No one responded when I knocked. The same light was on in the front entry area and the lumber was still stacked against the building.

3. Attempted service on August 12, 2022 at 12:28 PM. The door to the office was locked. No one responded when I knocked. The building looked the same.

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 15 day of August , 2022

Legal Ease Attorney Services, Inc.
Sworn to and subscribed before me
this 15 day of August 2022
Atlanta, GA 30312
404-849-1240

Notary Public
My commission expires: