**EXHIBIT C - 1**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Sean K. Claggett & Associates, LLC d/b/a Claggett & Sykes Law Firm, et al.

       Plaintiff(s),

vs.

Don C. Keenan, et al.

       Defendant(s).

Case #2:21-cv-02237-GMN-DJA

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Lindsay Mitchell Henner_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Troutman Pepper Hamilton Sanders LLP_____
(firm name)

with offices at _____600 Peachtree Street, NE, Suite 3000_____,
(street address)

_____Atlanta_____, _____Georgia_____, _____30308_____,
(city) (state) (zip code)

_____404-885-3000_____, _____lindsay.henner@troutman.com_____.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Keenan's Kids Foundation, Inc. and David J. Hoey_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

**EXHIBIT C - 2**

3. That since ___November 7, 2013___, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of ___Georgia___
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Colorado Bar | March 12, 2021 | |
| USDC, Northern District of Georgia | February 10, 2014 | |
| U.S. Court of Appeals, 2nd Circuit | August 27, 2015 | |
| U.S. Court of Appeals, Federal Circuit | May 23, 2017 | |
| U.S. Court of Appeals, 11th Circuit | September 7, 2017 | |
| U.S. Court of Appeals, 9th Circuit | May 9, 2016 | |
| Supreme Court of Georgia | June 16, 2014 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)

None

2

Rev. 5/16

**EXHIBIT C - 3**

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> (State "none" if Petitioner has never been denied admission.)
>
> None

7. That Petitioner is a member of good standing in the following Bar Associations.

> (State "none" if Petitioner is not a member of other Bar Associations.)
> Georgia Bar Association and the American Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

**EXHIBIT C - 4**

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

*/s/ Lindsay M. Henner*
Petitioner's signature

STATE OF _____Georgia_____ )
COUNTY OF _____Fulton_____ )

_____Lindsay Mitchell Henner_____, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

*/s/ Lindsay M. Henner*
Petitioner's signature

Subscribed and sworn to before me this

__13th__ day of __July__, __2022__

*/s/ Pamela Grayer*
Notary Public or Clerk of Court

[Notary Seal: PAMELA GRAYER, NOTARY PUBLIC, FULTON COUNTY, GEORGIA, EXPIRES 8/9/2025]

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____James J. Pisanelli_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____400 South 7th Street, Suite 300_____,
(street address)

_____Las Vegas_____, _____Nevada_____, _____89101_____,
(city)           (state)           (zip code)

_____702-214-2100_____, _____jjp@pisanellibice.com_____.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____James J. Pisanelli_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

[Sign Here on behalf of Keenan's Kids Foundation]

_____
(party's signature)

__Keenan's Kids Foundation, Inc., Founder__
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

_____
Bar number       Email address

APPROVED

Dated this ____ day of _____, 20___

_____
UNITED STATES DISTRICT JUDGE

-5-

Rev. 5/16

**EXHIBIT C - 6**

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____James J. Pisanelli_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

David J. Hoey, Individual
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature
4027                    JJP@pisanellibice.com
Bar number              Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

EXHIBIT C - 7



Ms. Lindsay Elizabeth Mitchell Henner
Troutman Pepper Hamilton Sanders LLP
600 Peachtree Street NE Suite 3000
Atlanta, GA  30308
UNITED STATES

| | |
|---|---|
| **CURRENT STATUS:** | Active Member-Good Standing |
| **DATE OF ADMISSION:** | 11/07/2013 |
| **BAR NUMBER:** | 272310 |
| **TODAY'S DATE:** | 07/14/2022 |

The prerequisites for practicing law in the State of Georgia are as follows:

- Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.
- Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

### STATE BAR OF GEORGIA

*Brinda Lovvorn*

**Official Representative of the State Bar of Georgia**

HEADQUARTERS
104 Marietta St. NW, Suite 100
Atlanta, GA 30303-2743
404-527-8700 · 800-334-6865
Fax 404-527-8717
www.gabar.org

COASTAL GEORGIA OFFICE
18 E. Bay St.
Savannah, GA 31401-9910
912-239-9910 · 877-239-9910
Fax 912-239-9970

SOUTH GEORGIA OFFICE
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA 31793-1390
229-387-0446 · 800-330-0446
Fax 229-382-7435

**EXHIBIT C - 8**

| | |
|---|---|
| **From:** | Bridget Zerner |
| **Sent:** | Wednesday, August 10, 2022 3:03 PM |
| **To:** | 'lindsay.henner@troutman.com' |
| **Subject:** | Keenan's Kids Foundation |
| **Attachments:** | 15. Order Allowing Alternative Service on Keenan.pdf; 11. First Amended Complaint.pdf; 11-1. Ex A 2010 Fee Agreement.pdf; 11-2. Ex B Referral Agreement.pdf; 11-3. Ex C Hoey Emails.pdf; 11-4. Ex D 2015 Fee Agreement.pdf; 11-5. Ex E Hoey-Goganian Fee Agreement.pdf; 11-6. Ex F Sobczak Affidavit.pdf; Summons Keenans Kids Foundation.pdf |

Good afternoon, Attorney Henner –

I understand you represent the Keenan's Kids Foundation. On behalf of Plaintiff Kira Wahlstrom, we have filed suit against the Foundation and write to see if you are able to accept service of the complaint. I attach the First Amended Complaint, exhibits, and summons.

We had difficulties serving Mr. Keenan and his law firm at 148 Nassau Street and obtained an order allowing alternative service which I also attach. My process server already attempted service this week of the Foundation at that same address and reported, like before, that while a light was on at the office, the door was locked, no one could be seen and no one answered the door. I seek to avoid filing another motion with the court, if possible.

Thank you for letting me know either way. Or if there is someone else I should contact, please let me know.

Bridget A. Zerner
**MARKHAM READ ZERNER LLC**
One Commercial Wharf West
Boston, MA 02110
Tel: (617) 523-6329
Fax: (617) 742-8604
bzerner@markhamreadzerner.com

www.markhamreadzerner.com

MARKHAM READ ZERNER LLC is a law office. This document may contain confidential matters or matters protected from disclosure by the attorney-client privilege. Any inadvertent disclosure of the content of this document to any unintended recipient is not intended to be, nor is it, a waiver of this privilege. If you have received this email in error, please advise us by return email and delete the contents of the email. Thank you.