**EXHIBIT D - 1**

# MARKHAM READ ZERNER LLC

One Commercial Wharf West
Boston, MA 02110
Tel: (617) 523-6329
Fax: (617) 742-8604
www.markhamreadzerner.com

August 15, 2022

<u>Hand Delivery Via Process Server</u>

Corporations Division
Secretary of State's Office
2 Martin Luther King Jr. Dr.
Suite 313 West Tower
Atlanta, GA 30334-1530

Re:   *Wahlstrom v. Hoey et al.*, No. 1:22-cv-10792-RGS (D. Mass.)
      Keenan's Kids Foundation, Inc., a Georgia Nonprofit Corporation

Dear Sir/Madam:

Pursuant to O.C.G.A. § 9-11-4(e)(1), the Secretary of State is being served as statutory agent for Keenan's Kids Foundation, Inc. in the above-referenced action because service cannot be effected at the office or through the registered agent of this corporation.

I certify that on August 11, 2022 my office forwarded by registered mail a copy of the Summons for the Foundation with a copy of the operative First Amended Complaint with exhibits to registered agent Don C. Keenan at 148 Nassau Street, N.W., Atlanta, Georgia 30303.

I enclose the receipt and tracking information for the registered mail sent as well as a copy of the business information for the Foundation obtained from the Georgia Corporations Division website which reflects Keenan as the registered agent and 148 Nassau Street, N.W., Atlanta, Georgia 30303 as the principal office address, as the registered agent address, and as the officer address. I also enclose an affidavit of diligence from our process server who made multiple attempts to serve the Foundation at the listed address as well as an affidavit of diligence showing prior failed attempts to serve process on Keenan at the same address and an order issued in our case allowing alternative service on Keenan and his law firm.

After service upon the Secretary of State, I will cause to be mailed by registered mail a copy of the summons and complaint to known officer, Don Keenan, at the last known address outside of Georgia of 60 Auburn Drive, Santa Rosa Beach, Florida, 32459. Thank you.

Very truly yours,

MARKHAM READ ZERNER LLC

*/s/ Bridget A. Zerner*

Bridget A. Zerner

Enclosures



GEORGIA CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE
BRAD RAFFENSPERGER

EXHIBIT D - 2

**HOME (/)**

## BUSINESS SEARCH

### BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **KEENAN'S KIDS FOUNDATION, INC.** | Control Number: | **K812495** |
| Business Type: | **Domestic Nonprofit Corporation** | Business Status: | **Active/Compliance** |
| Business Purpose: | **NONE** | | |
| Principal Office Address: | **148 NASSAU ST NW, ATLANTA, GA, 30303-2010, USA** | Date of Formation / Registration Date: | **3/10/1998** |
| State of Formation: | **Georgia** | Last Annual Registration Year: | **2022** |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **DON C. KEENAN** |
| Physical Address: | **148 NASSAU STREET, N.W., ATLANTA, GA, 30303, USA** |
| County: | **Fulton** |

### OFFICER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| DON C KEENAN | CFO | 148 NASSAU ST NE, ATLANTA, GA, 30303, USA |
| DON C KEENAN | Secretary | 148 NASSAU ST NE, ATLANTA, GA, 30303, USA |
| DON C KEENAN | CEO | 148 NASSAU ST NE, ATLANTA, GA, 30303, USA |

Back          Filing History     Name History

Return to Business Search

**EXHIBIT D - 3**



```
UNITED STATES
POSTAL SERVICE.
         HANOVER STREET
         217 HANOVER ST
       BOSTON, MA 02113-9998
           (800)275-8777
08/11/2022                    10:02 AM
----------------------------------------
Product          Qty   Unit      Price
                       Price
----------------------------------------
First-Class Mail®  1             $2.40
Large Envelope
    Atlanta, GA 30303
    Weight: 0 lb 5.90 oz
    Estimated Delivery Date
        Mon 08/15/2022
    Registered Mail®                $14.65
        Amount: $0.00
        Tracking #:
           RF555026142US
Total                             $17.05
----------------------------------------
Grand Total:                      $17.05
----------------------------------------
Credit Card Remit                 $17.05
    Card Name: Discover
    Account #: XXXXXXXXXXXX8504
    Approval #: 01149R
    Transaction #: 141
    AID: A0000001523010          Chip
    AL: Discover
    PIN: Not Required Discover Credit
----------------------------------------

*********************************************
    Every household in the U.S. is now
      eligible to receive a third set
             of 8 free test kits.
         Go to www.covidtests.gov
*********************************************

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
             1-800-222-1811.

Due to the security of Registered
Mail, an additional 3-10 delivery days
should be added to the expected
delivery date provided.

Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
https://www.usps.com/help/claims.htm
or call 1-800-222-1811

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.
```



**Registered No.** RF555026142US

| Postage $ | $2.40 | Extra Services & Fees (continued) |
|---|---|---|
| Extra Services & Fees | | ☐ Signature Confirmation $ |
| ☐ Registered Mail $ | $14.65 | ☐ Signature Confirmation Restricted Delivery $ |
| ☐ Return Receipt (hardcopy) $ | $0.00 | |
| ☐ Return Receipt (electronic) $ | $0.00 | **Total Postage & Fees** $ $17.05 |
| ☐ Restricted Delivery $ | | |
| Customer Must Declare Full Value $0.00 | | Received by 08/11/2022 |

**Date Stamp:** HANOVER ST STATION, AUG 11 2022, BOSTON MA 02113

OFFICIAL USE

FROM:
Bridget Zerner
Markham Read Zerner LLC
One Commercial Wharf West
Boston, MA 02110

TO:
Don C. Keenan, Registered Agent
Keenan's Kids Foundation
148 Nassau Street N.W.
Atlanta, GA 30303

PS Form **3806**, Registered Mail Receipt, April 2015, PSN 7530-02-000-9051
Copy 1 - Customer
(See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse.)

# USPS Tracking®

EXHIBIT D - 4                    FAQs ›

## Track Another Package +

**Tracking Number:** RF555026142US                                          Remove ✕

**Expected Delivery by**

**MONDAY**
**15** AUGUST 2022   | by **9:00pm** 

## Departed USPS Facility

August 15, 2022 at 12:34 am
ATLANTA, GA 30304

Feedback

### Text & Email Updates                                                        ⌄

### Tracking History                                                            ⌃

**August 15, 2022, 12:34 am**
Departed USPS Facility
ATLANTA, GA 30304
Your item departed our USPS facility in ATLANTA, GA 30304 on August 15, 2022 at 12:34 am. The item is currently in transit to the destination.

**August 15, 2022, 12:29 am**
Arrived at USPS Facility
ATLANTA, GA 30304

**EXHIBIT D - 5**

**August 14, 2022, 10:06 pm**
Departed USPS Facility
ATLANTA, GA 30320

**August 14, 2022, 9:52 pm**
Arrived at USPS Facility
ATLANTA, GA 30320

**August 12, 2022, 1:44 am**
Departed USPS Facility
BOSTON, MA 02205

**August 11, 2022, 11:45 pm**
Arrived at USPS Facility
BOSTON, MA 02205

**August 11, 2022, 6:10 pm**
Departed Post Office
BOSTON, MA 02113

**August 11, 2022, 10:00 am**
USPS in possession of item
BOSTON, MA 02113

Feedback

**Product Information** ⌄

**See Less** ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**EXHIBIT D - 6**

# MARKHAM READ ZERNER LLC

One Commercial Wharf West
Boston, MA 02110
Tel: (617) 523-6329
Fax: (617) 742-8604
www.markhamreadzerner.com

August 11, 2022

**Via Registered Mail**

Don C. Keenan, Registered Agent
Keenan's Kids Foundation
148 Nassau Street, N.W.
Atlanta, Georgia 30303

Re: *Wahlstrom v. Hoey et al.*, No. 1:22-cv-10792-RGS (D. Mass.)

Mr. Keenan:

    Please see enclosed Summons for Keenan's Kids Foundation, First Amended Complaint with Exhibits A to F, Civil Cover Sheet, Category Form, and Notice of Case Assignment all filed in the above-reference action.

Very truly yours,

MARKHAM READ ZERNER LLC

David D. Wall

Enclosures

**EXHIBIT D - 7**

UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIRA WAHLSTROM,<br><br>Plaintiff,<br><br>v.<br><br>DAVID J. HOEY, ET AL.,<br><br>Defendants. | CIVIL ACTION<br>NO. 1:22-CV-10792-RGS |

### AFFIDAVIT OF DILIGENCE

COMES NOW AMY FERRERO, before the undersigned officer duly authorized to administer oaths and, after being duly sworn on oath deposes and states that she is a citizen of the United States, over the age of eighteen (18), and is a party having no interest in the above styled case, states that she attempted to serve KEENAN'S KIDS FOUNDATION, INC., c/o DON C. KEENAN, Registered Agent, at his business located at 148 Nassau Street, N.W., Atlanta, Georgia 30303. The attempt to serve was unsuccessful because:

1. Attempted service on August 9, 2022 at 2:33 PM. The door to the office was locked. No one responded when I knocked on the door. There was an overhead light on in the front entry area. I did not see anyone inside the office. There was a small window broken to the right of the front door and lumber stacked against the building.

2. Attempted service on August 10, 2022 at 1:58 PM. The door to the office was locked. No one responded when I knocked. The same light was on in the front entry area and the lumber was still stacked against the building.

3. Attempted service on August 12, 2022 at 12:28 PM. The door to the office was locked. No one responded when I knocked. The building looked the same.

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 15 day of August, 2022.

Legal Ease Attorney Services, Inc.
645 Waldo Street
Atlanta, GA 30312
404-849-1240

Sworn to and subscribed before me
this 15 day of August, 2022.

Notary Public
My commission expires:



Case 1:22-cv-02792-RGS Document 20-5 Filed 08/19/22 Page 9 of 12 EXHIBIT D





**EXHIBIT D - 11**

## UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **KIRA WAHLSTROM,** | |
| **Plaintiff,** | **CIVIL ACTION** |
| v. | **NO. 1:22-CV-10792-RGS** |
| **DAVID J. HOEY, ET AL.,** | |
| **Defendants.** | |

### AFFIDAVIT OF DILIGENCE

COMES NOW AMY FERRERO, before the undersigned officer duly authorized to administer oaths and, after being duly sworn on oath deposes and states that she is a citizen of the United States, over the age of eighteen (18), and is a party having no interest in the above styled case, states that she attempted to serve D.C. KEENEN & ASSOCIATES, P.C., d/b/a THE KEENAN LAW FIRM, P.C., c/o DON C. KEENAN and DON C. KEENAN at his business located at 148 Nassau Street, N.W., Atlanta, Georgia 30303. The attempt to serve was unsuccessful because:

1. Attempted service on May 26, 2022 at 3:34 pm. The door to the office was locked. No one responded when I knocked on the door. There was an overhead light on in the front entry area.

2. Attempted service on May 31, 2022 at 1:20 pm. The door to the office was locked. No one responded when I knocked. The same light was on in the front entry area.

3. Attempted service on June 1, 2022 at 3:30 pm. The door to the office was locked, no one responded when I knocked. The same light was on in the front entry area.

4. Attempted service on June 23, 2022 at 10:47 am. The door to the office was locked, no one responded when I knocked. The same light was on in the front entry area.

(SIGNATURE ON FOLLOWING PAGE)

**EXHIBIT D - 12**

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 6 day of July, 2022

_____
Legal Ease Attorney Services, Inc.
645 Waldo Street
Atlanta, GA 30312
404-849-1240

Sworn to and subscribed before me
this 6th day of July, 2022

_____
Notary Public
My commission expires:

[Notary Seal: KATHERINE BOLLING, NOTARY PUBLIC, FULTON COUNTY, GEORGIA, MY COMMISSION EXPIRES DECEMBER 28, 2025]