Control Number : SOP-22188061

**EXHIBIT E**

# STATE OF GEORGIA
## Secretary of State
Corporations Division
313 West Tower
2 Martin Luther King, Jr. Dr.
Atlanta, Georgia 30334-1530

### CERTIFICATE OF ACKNOWLEDGEMENT

I, Brad Raffensperger, Secretary of State of the State of Georgia, do hereby certify under the seal of my office that copies of legal documents regarding service of process upon:

**Keenan's Kids Foundation, Inc.**

have been filed with the Secretary of State on 08/17/2022 pursuant to O.C.G.A. § 9-11-4(e)(1) relating to the following matter:

Case: Kira Wahlstrom v. Keenan's Kids Foundation, Inc.
Court: United States District Court, District of Massachusetts
Civil Action No.: 122CV10792RGS

Witness my hand and official seal in the City of Atlanta and the State of Georgia on 09/05/2022.



Brad Raffensperger
Secretary of State