UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

KIRA WAHLSTROM,
    Plaintiff,

      v.                                        Civil Action No. 1:22-cv-10792-RGS

DAVID J. HOEY, LAW OFFICES OF DAVID
K. HOEY, P.C., DON C. KEENAN, D.C.
KEENAN & ASSOCIATES, P.C, & KEENAN'S
KIDS FOUNDATION, INC.
    Defendants.

_____

## NOTICE OF DEFAULT

**STEARNS, D.J.**

      Upon application of the Plaintiff for an order of Default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure against **Defendant Keenan's Kids Foundation, Inc.,** for failure to answer or otherwise respond to the Complaint filed by the Plaintiff, notice is hereby given that **Defendant Keenan's Kids Foundation, Inc. have been defaulted on this 13th day of September 2022.**

                                                              ROBERT FARRELL, CLERK,
                                                              By: /s/ Danielle Kelly
                                                              Deputy Clerk