UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIRA WAHLSTROM,<br><br>       Plaintiff,<br><br>v.<br><br>DAVID J. HOEY, LAW OFFICES OF DAVID J. HOEY, P.C., DON C. KEENAN, D.C. KEENAN & ASSOCIATES, P.C. d/b/a THE KEENAN LAW FIRM, P.C., AND KEENAN'S KIDS FOUNDATION, INC.,<br><br>       Defendants. | C.A. NO.  1:22-cv-10792-RGS |

## NOTICE OF APPEARANCE

Please enter the appearance of Susan M. Silva, Esq. of the law firm of Peabody & Arnold LLP as counsel for Defendants Attorney Don C. Keenan and D.C. Keenan & Associates, P.C. d/b/a The Keenan Law Firm, P.C.

                                      DON C. KEENAN, D.C.
                                      KEENAN & ASSOCIATES, P.C. d/b/a
                                      THE KEEAN LAW FIRM, P.C.,
                                      By their Attorneys,

                                      */s/ Susan M. Silva*
                                      Susan M. Silva
                                      BBO # 694176
                                      PEABODY & ARNOLD, LLP
                                      Federal Reserve Plaza
                                      600 Atlantic Avenue
                                      Boston, MA  02210-2261
                                      Phone: (617) 951-2100
                                      Fax: (617) 951-2125
                                      ssilva@peabodyarnold.com

Dated:  September 19, 2022

## CERTIFICATE OF SERVICE

I, Susan M. Silva, hereby certify that a copy of the foregoing document has been served via ECF on this 19th day of September, 2022 to:

Bridget A. Zerner, Esq.
John J.E. Markham, II, Esq.
Markham Read Zerner LLC
Once Commercial Wharf West
Boston, MA  02110
bzerner@markhamreadzerner.com
jmarkham@markhamreadzerner.com

                                              */s/ Susan M. Silva*
                                              Susan M. Silva

2377152
15133-208055