UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIRA WAHLSTROM,<br><br>           Plaintiff,<br><br>  v.<br><br>DAVID J. HOEY, LAW OFFICES OF DAVID J. HOEY, P.C., DON C. KEENAN, D.C. KEENAN & ASSOCIATES, P.C. d/b/a THE KEENAN LAW FIRM, P.C., AND KEENAN'S KIDS FOUNDATION, INC.,<br><br>           Defendants. | C.A. NO. 1:22-cv-10792-RGS |

**ANSWER OF KEENAN'S KIDS FOUNDATION**

Defendant Keenan's Kids Foundation ("KKF") answers the Plaintiff's First Amended Complaint as follows:

INTRODUCTION

1. As the allegations pertain to KKF, KKF denies them. As to the remaining allegations in this paragraph, KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

2. As the allegations pertain to KKF, KKF denies them. As to the remaining allegations in this paragraph, KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

THE PARTIES

3. KKF admits the truth of the allegations of this paragraph.

4. KKF admits the truth of the allegations of this paragraph.

5. KKF admits the truth of the allegations of this paragraph.

6. KKF admits that Keenan has places of business in Florida and Georgia. Otherwise, KKF denies the allegations in this paragraph.

7. KKF admits that Keenan has places of business in Florida and Georgia. Otherwise, KKF denies the allegations in this paragraph.

8. KKF admits the truth of the allegations of this paragraph.

## JURISDICTION AND VENUE

9. KKF denies the allegations in this paragraph.

10. KKF denies the allegations in this paragraph.

## FACTS
### The Underlying Premises Liability Case and Fee Agreements for that Case

11. KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

12. KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

13. KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

14. KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

15. KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

16. KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

17. KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

18. KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

19. KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

20. KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

21. KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

22. KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

23. KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

24. KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

25. KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

26. KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

27. KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

28. KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

29. KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

### Defendants' Trial Misconduct Resulting in a New Trial Motion and Appeal both Substantially Delaying Payment to Plaintiff Wahlstrom

30. KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

31. KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

32. KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

33. KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

34. KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

35. KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

36. KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

37. KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

38. KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

Attorney's Lien Dispute

39. KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

40. KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

41. KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

42. KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

43. KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

44. KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

45. KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

Improper Fees Charged to Ms. Wahlstrom and Taken<br>by Defendants from Monies Held in Trust for Her

46. KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

47. KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

48. KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

49. KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

50. As the allegations pertain to KKF, KKF denies them. As to the remaining allegations in this paragraph, KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

Improper Expenses Charged to Ms. Wahlstrom and Taken<br>by Defendants from the Monies Held in Trust for Her

51. KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

52. KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

53. KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

54. KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

55. KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

The O'Toole Lawsuit

56. KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

57. KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

58. KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

59. KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

60. KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

61. KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

62. KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

63. KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

64. KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

65. KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

66. KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

67. KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

68. KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

Defendants' Willful and Knowing Misconduct

69. As the allegations pertain to KKF, KKF denies them.  As to the remaining allegations in this paragraph, KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

70. As the allegations pertain to KKF, KKF denies them.  As to the remaining allegations in this paragraph, KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

71. As the allegations pertain to KKF, KKF denies them.  As to the remaining allegations in this paragraph, KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

72. As the allegations pertain to KKF, KKF denies them.  As to the remaining allegations in this paragraph, KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

73. As the allegations pertain to KKF, KKF denies them.  As to the remaining allegations in this paragraph, KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

74. As the allegations pertain to KKF, KKF denies them.  As to the remaining allegations in this paragraph, KKF lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

## CAUSES OF ACTION
## COUNT I
### VIOLATIONS OF M.G.L. CHAPTER 93A, SECTION 9
### (Defendants Hoey, Hoey Law, Keenan and Keenan Law)

75. KKF repeats, realleges, and incorporates all of the above responses.

76. These allegations are directed at another defendant. To the extent a further answer is required, KKF denies the truth of the allegations in this paragraph.

77. These allegations are directed at another defendant. To the extent a further answer is required, KKF denies the truth of the allegations in this paragraph.

78. These allegations are directed at another defendant. To the extent a further answer is required, KKF denies the truth of the allegations in this paragraph.

79. These allegations are directed at another defendant. To the extent a further answer is required, KKF denies the truth of the allegations in this paragraph.

80. These allegations are directed at another defendant. To the extent a further answer is required, KKF denies the truth of the allegations in this paragraph.

81. These allegations are directed at another defendant. To the extent a further answer is required, KKF denies the truth of the allegations in this paragraph.

82. These allegations are directed at another defendant. To the extent a further answer is required, KKF denies the truth of the allegations in this paragraph.

## COUNT II
### BREACH OF FIDUCIARY DUTY
### (Defendants Hoey, Hoey Law, Keenan, and Keenan Law)

83. KKF repeats, realleges, and incorporates all of the above responses.

84. These allegations are directed at another defendant. To the extent a further answer is required, KKF denies the truth of the allegations in this paragraph.

85. These allegations are directed at another defendant. To the extent a further answer is required, KKF denies the truth of the allegations in this paragraph.

86. These allegations are directed at another defendant. To the extent a further answer is required, KKF denies the truth of the allegations in this paragraph.

87. These allegations are directed at another defendant. To the extent a further answer is required, KKF denies the truth of the allegations in this paragraph.

COUNT III
FRAUD
(Defendants Hoey, Hoey Law, Keenan, and Keenan Law)

88. KKF repeats, realleges, and incorporates all of the above responses.

89. These allegations are directed at another defendant. To the extent a further answer is required, KKF denies the truth of the allegations in this paragraph.

90. These allegations are directed at another defendant. To the extent a further answer is required, KKF denies the truth of the allegations in this paragraph.

91. These allegations are directed at another defendant. To the extent a further answer is required, KKF denies the truth of the allegations in this paragraph.

92. These allegations are directed at another defendant. To the extent a further answer is required, KKF denies the truth of the allegations in this paragraph.

93. These allegations are directed at another defendant. To the extent a further answer is required, KKF denies the truth of the allegations in this paragraph.

94. These allegations are directed at another defendant. To the extent a further answer is required, KKF denies the truth of the allegations in this paragraph.

95. These allegations are directed at another defendant. To the extent a further answer is required, KKF denies the truth of the allegations in this paragraph.

96. These allegations are directed at another defendant. To the extent a further answer is required, KKF denies the truth of the allegations in this paragraph.

97. These allegations are directed at another defendant. To the extent a further answer is required, KKF denies the truth of the allegations in this paragraph.

COUNT IV
CONVERSION
(Defendants Hoey, Hoey Law, Keenan, Keenan Law, and Keenan's Kids Foundation)

98. KKF repeats, realleges, and incorporates all of the above responses.

99. KKF denies the allegations in this paragraph.

100. KKF denies the allegations in this paragraph.

101. KKF denies the allegations in this paragraph.

102. KKF denies the allegations in this paragraph.

COUNT V
DEMAND FOR ACCOUNTING
(Defendants Hoey, Hoey Law, Keenan, Keenan Law)

103. KKF repeats, realleges, and incorporates all of the above responses.

104. These allegations are directed at another defendant. To the extent a further answer is required, KKF denies the truth of the allegations in this paragraph.

105. These allegations are directed at another defendant. To the extent a further answer is required, KKF denies the truth of the allegations in this paragraph.

106. These allegations are directed at another defendant. To the extent a further answer is required, KKF denies the truth of the allegations in this paragraph.

107. These allegations are directed at another defendant. To the extent a further answer is required, KKF denies the truth of the allegations in this paragraph.

COUNT VI
MONEY HAD AND RECEIVED
(Defendant Keenan's Kids Foundation)

108. KKF repeats, realleges, and incorporates all of the above responses.

109. KKF denies the allegations in this paragraph.

110. KKF denies the allegations in this paragraph.

111. KKF denies the allegations in this paragraph.

AFFIRMATIVE DEFENSES

The Complaint fails to state a claim upon which relief may be granted.

Second

The action is late and barred by the applicable statutes of limitation.

Third

The action is barred or reduced by the doctrines of voluntary payment, estoppel, res judicata, waiver, unclean hands, accord and satisfaction, and failure to mitigate.

Fourth

KKF at all times acted in good-faith reliance on applicable legal principles and authorities.

Fifth

Any damages or losses claimed or incurred by the Plaintiff were caused by the acts of third parties that were unforeseeable and beyond the control of KKF and are not the responsibility of KKF.

Sixth

Any damages or losses claimed or incurred by the Plaintiff were the result of supervening and intervening causes unrelated to the conduct of KKF.

<u>Seventh</u>

The Plaintiff failed to mitigate any damages or losses that she claims.

<u>Eighth</u>

Any damages or losses that the Plaintiff may have suffered were not proximately caused by KKF but were caused by a person or entity for which KKF is not responsible.

<u>Ninth</u>

The action is barred because KKF did not cause the Plaintiff harm.

<u>Tenth</u>

The Plaintiff has failed to comply with procedural prerequisites to a 93A suit.

Dated: October 14, 2022

Respectfully submitted:

<u>/s/ Danni L. Shanel</u>
William M. Taylor, Esq. (Bar No. 624981)
Danni L. Shanel, Esq. (Bar No. 710378)
John M. Bowler (*pro hac vice motion to be filed*)
Lindsay Mitchell Henner (*pro hac vice motion to be filed*)
TROUTMAN PEPPER
HAMILTON SANDERS LLP
125 High Street, 19th Floor
Boston, MA 02110
Telephone: (617) 204-5100
William.Taylor@troutman.com
Danni.Shanel@troutman.com
John.Bowler@troutman.com
Lindsay.henner@troutman.com
*Attorneys for Keenan's Kids Foundation*

13

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 14, 2022, a true copy of the foregoing Opposition to Plaintiff's Motion to Dismiss or Remand was served on all registered participants via ECF, and served via First Class Mail upon:

| | |
|---|---|
| Bridget A. Zerner<br>John J.E. Markham , II<br>Markham Read Zerner LLC<br>One Commercial Wharf West<br>Boston, MA 02110<br>617-523-6329<br>Fax: 617-742-8604<br>bzerner@markhamreadzerner.com<br>jmarkham@markhamreadzerner.com<br><br>*Attorneys for Plaintiff Kira Wahlstrom* | Susan M. Silva<br>John J. O'Connor<br>Peabody & Arnold LLP<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA 02210-2261<br>(617) 951-2100<br>ssilva@peabodyarnold.com<br>joconnor@peabodyarnold.com<br><br>*Attorneys for Defendant Don C. Keenan, and D.C. Keenan & Associates, P.C.* |

Christine A. Knipper
Thomas A. Murphy
Wilson Elser Moskowitz Edelman & Dicker, LLP
260 Franklin Street
14th Floor
Boston, MA 02110-3112
617-422-5300
Fax: 617-423-6917
christine.knipper@wilsonelser.com
thomas.murphy@wilsonelser.com

*Attorneys for Defendant David J. Hoey and Law Offices of David J. Hoey*

Date: October 14, 2022

　　　　　　　　　　　　　　　　　　　　　*/s/ Danni L. Shanel*　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　Danni L. Shanel