UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIRA WAHLSTROM,<br><br>        Plaintiff,<br><br>v.<br><br>DAVID J. HOEY, LAW OFFICES OF DAVID J. HOEY, P.C., DON C. KEENAN, D.C. KEENAN & ASSOCIATES, P.C. d/b/a THE KEENAN LAW FIRM, P.C., AND KEENAN'S KIDS FOUNDATION, INC.,<br><br>        Defendants. | C.A. NO. 1:22-cv-10792-RGS |

## KEENAN'S KIDS FOUNDATION, INC.'S RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, Defendant Keenan's Kids Foundation, Inc. hereby discloses that it has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: October 14, 2022

Respectfully submitted:

*/s/ Danni L. Shanel*
William M. Taylor, Esq. (Bar No. 624981)
Danni L. Shanel, Esq. (Bar No. 710378)
John M. Bowler (*pro hac vice motion to be filed*)
Lindsay Mitchell Henner (*pro hac vice motion to be filed*)
TROUTMAN PEPPER
HAMILTON SANDERS LLP
125 High Street, 19th Floor
Boston, MA 02110
Telephone: (617) 204-5100
William.Taylor@troutman.com

Danni.Shanel@troutman.com  
John.Bowler@troutman.com  
Lindsay.henner@troutman.com  
*Attorneys for Keenan's Kids Foundation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 14, 2022, a true copy of the foregoing Opposition to Plaintiff's Motion to Dismiss or Remand was served on all registered participants via ECF, and served via First Class Mail upon:

| | |
|---|---|
| Bridget A. Zerner<br>John J.E. Markham , II<br>Markham Read Zerner LLC<br>One Commercial Wharf West<br>Boston, MA 02110<br>617-523-6329<br>Fax: 617-742-8604<br>bzerner@markhamreadzerner.com<br>jmarkham@markhamreadzerner.com<br><br>*Attorneys for Plaintiff Kira Wahlstrom* | Susan M. Silva<br>John J. O'Connor<br>Peabody & Arnold LLP<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA 02210-2261<br>(617) 951-2100<br>ssilva@peabodyarnold.com<br>joconnor@peabodyarnold.com<br><br>*Attorneys for Defendant Don C. Keenan, and D.C. Keenan & Associates, P.C.* |
| Christine A. Knipper<br>Thomas A. Murphy<br>Wilson Elser Moskowitz Edelman & Dicker, LLP<br>260 Franklin Street<br>14th Floor<br>Boston, MA 02110-3112<br>617-422-5300<br>Fax: 617-423-6917<br>christine.knipper@wilsonelser.com<br>thomas.murphy@wilsonelser.com<br><br>*Attorneys for Defendant David J. Hoey and Law Offices of David J. Hoey* | |

Date: October 14, 2022

*/s/ Danni L. Shanel*<br>
Danni L. Shanel