# EXHIBIT A

## 2184CV00741 O'Toole, Austin et al vs. Hoey, David et al

- Case Type:
- Contract / Business Cases
- Case Status:
- Open
- File Date
- 03/30/2021
- DCM Track:
- F - Fast Track
- Initiating Action:
- Other Contract Action
- Status Date:
- 03/30/2021
- Case Judge:
- 
- Next Event:
- 12/08/2022



All Information | Party | Event | Tickler | Docket | Disposition

### Party Information

**O'Toole, Austin**
- Plaintiff

| Alias | Party Attorney |
|---|---|
| | Attorney |
| | Foye, Esq., Edward F |
| | Bar Code |
| | 562375 |
| | Address |
| | Arrowood LLP |
| | 10 Post Off Square |
| | 7th Floor South |
| | Boston, MA  02109 |
| | Phone Number |
| | (617)849-6200 |

**More Party Information**

**Law Offices of Austin Scott O'Toole PC**
- Plaintiff

| Alias | Party Attorney |
|---|---|
| | Attorney |
| | Foye, Esq., Edward F |
| | Bar Code |
| | 562375 |
| | Address |
| | Arrowood LLP |
| | 10 Post Off Square |
| | 7th Floor South |
| | Boston, MA  02109 |
| | Phone Number |
| | (617)849-6200 |

**More Party Information**

**Hoey, David**
- Defendant

| Alias | Party Attorney |
|---|---|
| | Attorney |
| | Bolan, Esq., James S |
| | Bar Code |
| | 048340 |
| | Address |
| | Brecher, Wyner, Simons, Fox and Bolan, PC |
| | 189 Wells Ave |
| | Newton Center, MA  02459-3210 |
| | Phone Number |
| | (617)614-1500 |
| | Attorney |

- Holden, Esq., Sara Nicole
- Bar Code
- 658640
- Address
- Brecher, Wyner, Simons, Fox and Bolan PC
  189 Wells Ave
  Newton Center, MA  02459
- Phone Number
- (617)614-1500
- Attorney
- Knipper, Esq., Christine A
- Bar Code
- 652638
- Address
- Wilson Elser Moskowitz Edelman and Dicker LLP
  260 Franklin St
  14th Floor
  Boston, MA  02110
- Phone Number
- (617)422-5300
- Attorney
- Murphy, Esq., Thomas
- Bar Code
- 675434
- Address
- Wilson Elser Moskowitz Edelman and Dicker
  260 Franklin St 14th Floor
  Boston, MA  02110
- Phone Number
- (617)422-5300

More Party Information

| Law Offices of David Hoey PC<br>- Defendant | |
|---|---|
| **Alias** | **Party Attorney**<br>- Attorney<br>- Bolan, Esq., James S<br>- Bar Code<br>- 048340<br>- Address<br>- Brecher, Wyner, Simons, Fox and Bolan, PC<br>  189 Wells Ave<br>  Newton Center, MA  02459-3210<br>- Phone Number<br>- (617)614-1500<br>- Attorney<br>- Holden, Esq., Sara Nicole<br>- Bar Code<br>- 658640<br>- Address<br>- Brecher, Wyner, Simons, Fox and Bolan PC<br>  189 Wells Ave<br>  Newton Center, MA  02459<br>- Phone Number<br>- (617)614-1500<br>- Attorney<br>- Knipper, Esq., Christine A<br>- Bar Code<br>- 652638<br>- Address<br>- Wilson Elser Moskowitz Edelman and Dicker LLP<br>  260 Franklin St<br>  14th Floor<br>  Boston, MA  02110<br>- Phone Number<br>- (617)422-5300<br>- Attorney<br>- Murphy, Esq., Thomas<br>- Bar Code<br>- 675434<br>- Address<br>- Wilson Elser Moskowitz Edelman and Dicker<br>  260 Franklin St 14th Floor<br>  Boston, MA  02110<br>- Phone Number<br>- (617)422-5300 |

More Party Information

Wahlstrom, Kira
- Defendant

| Alias | Party Attorney |
|---|---|
| | • Attorney |
| | • Markham, II, Esq., John J |
| | • Bar Code |
| | • 638579 |
| | • Address |
| | • Markham Read Zerner LLC |
| |   One Commercial Wharf West |
| |   Boston, MA  02110 |
| | • Phone Number |
| | • (617)523-6329 |
| | • Attorney |
| | • Zerner, Esq., Bridget A |
| | • Bar Code |
| | • 669468 |
| | • Address |
| | • Markham Read Zerner LLC |
| |   One Commercial Wharf West |
| |   Boston, MA  02110 |
| | • Phone Number |
| | • (617)523-6329 |

**More Party Information**

**Don Keenan (as amended)**
- Defendant

| Alias | Party Attorney |
|---|---|
| | • Attorney |
| | • Cooper, Esq., Howard |
| | • Bar Code |
| | • 543842 |
| | • Address |
| | • Todd and Weld LLP |
| |   One Federal St 27th Floor |
| |   Boston, MA  02110-2012 |
| | • Phone Number |
| | • (617)720-2626 |
| | • Attorney |
| | • Pinta, Esq., Ian J |
| | • Bar Code |
| | • 667812 |
| | • Address |
| | • Todd and Weld LLP |
| |   One Federal St 27th Floor |
| |   Boston, MA  02110-2012 |
| | • Phone Number |
| | • (617)720-2626 |

**More Party Information**

**Keenan Law Firm P.C. (as amended)**
- Defendant

| Alias | Party Attorney |
|---|---|
| | • Attorney |
| | • Cooper, Esq., Howard |
| | • Bar Code |
| | • 543842 |
| | • Address |
| | • Todd and Weld LLP |
| |   One Federal St 27th Floor |
| |   Boston, MA  02110-2012 |
| | • Phone Number |
| | • (617)720-2626 |
| | • Attorney |
| | • Pinta, Esq., Ian J |
| | • Bar Code |
| | • 667812 |
| | • Address |
| | • Todd and Weld LLP |
| |   One Federal St 27th Floor |
| |   Boston, MA  02110-2012 |
| | • Phone Number |
| | • (617)720-2626 |

**More Party Information**

## Events

| Date | Session | Location | Type | Event Judge | Result |
|------|---------|----------|------|-------------|--------|
| 04/08/2021 11:00 AM | Civil F | BOS-10th FL, CR 1006 (SC) | Motion Hearing | Ames, Hon. Mary K | Held via Video/Teleconference |
| 04/28/2021 10:30 AM | Civil F | BOS-10th FL, CR 1006 (SC) | Motion Hearing | Ames, Hon. Mary K | Held via Video/Teleconference |
| 11/29/2021 02:30 PM | Civil F | BOS-10th FL, CR 1006 (SC) | Hearing for Protective Order | | Held - Under advisement |
| 11/29/2021 02:30 PM | Civil F | BOS-10th FL, CR 1006 (SC) | Rule 12 Hearing | | Held - Under advisement |
| 02/16/2022 02:45 PM | Civil F | BOS-10th FL, CR 1006 (SC) | Motion Hearing to Amend Complaint | Ames, Hon. Mary K | Held - Under advisement |
| 05/24/2022 03:00 PM | Business Litigation 1 | BOS-13th FL, CR 1309 (SC) | Rule 12 Hearing | Krupp, Hon. Peter B | Held - Under advisement |
| 06/08/2022 03:30 PM | Business Litigation 1 | BOS-13th FL, CR 1309 (SC) | Conference to Review Status | Krupp, Hon. Peter B | Held as Scheduled |
| 10/03/2022 11:00 AM | Civil F | BOS-10th FL, CR 1006 (SC) | Motion Hearing | Cowin, Hon. Jackie | Rescheduled |
| 10/04/2022 02:00 PM | Civil F | BOS-10th FL, CR 1006 (SC) | Motion Hearing | Cowin, Hon. Jackie | Held via Video/Teleconference |
| 10/27/2022 02:00 PM | Civil F | BOS-10th FL, CR 1006 (SC) | Motion Hearing to Compel | Cowin, Hon. Jackie | Held as Scheduled |
| 12/08/2022 03:00 PM | Civil F | BOS-10th FL, CR 1006 (SC) | Motion Hearing to Compel | Cowin, Hon. Jackie | |

## Ticklers

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---------|-----------|----------|----------|----------------|
| Service | 03/30/2021 | 06/28/2021 | 90 | |
| Answer | 03/30/2021 | 07/28/2021 | 120 | |
| Rule 12/19/20 Served By | 03/30/2021 | 07/28/2021 | 120 | |
| Rule 12/19/20 Filed By | 03/30/2021 | 08/27/2021 | 150 | |
| Rule 12/19/20 Heard By | 03/30/2021 | 09/27/2021 | 181 | |
| Rule 15 Served By | 03/30/2021 | 07/28/2021 | 120 | |
| Rule 15 Filed By | 03/30/2021 | 08/27/2021 | 150 | |
| Rule 15 Heard By | 03/30/2021 | 09/27/2021 | 181 | |
| Discovery | 03/30/2021 | 01/24/2022 | 300 | |
| Rule 56 Served By | 03/30/2021 | 02/23/2022 | 330 | |
| Rule 56 Filed By | 03/30/2021 | 03/25/2022 | 360 | |
| Final Pre-Trial Conference | 03/30/2021 | 07/25/2022 | 482 | |
| Judgment | 03/30/2021 | 03/30/2023 | 730 | |
| Under Advisement | 11/29/2021 | 12/29/2021 | 30 | 12/20/2021 |
| Under Advisement | 11/29/2021 | 12/29/2021 | 30 | 03/16/2022 |
| Under Advisement | 02/16/2022 | 03/18/2022 | 30 | 03/16/2022 |
| Under Advisement | 05/24/2022 | 06/23/2022 | 30 | 07/18/2022 |

## Docket Information

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|-------------|-------------|---------------|--------------|
| 03/30/2021 | Attorney appearance On this date Edward F Foye, Esq. added for Plaintiff Austin O'Toole | | |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 03/30/2021 | Attorney appearance<br>On this date James S Bolan, Esq. added for Defendant Law Offices of David Hoey PC | | |
| 03/30/2021 | Attorney appearance<br>On this date Edward F Foye, Esq. added for Plaintiff Law Offices of Austin Scott O'Toole PC | | |
| 03/30/2021 | Case assigned to:<br>DCM Track F - Fast Track was added on 03/30/2021 | | |
| 03/30/2021 | Original civil complaint filed. | 1 | Image |
| 03/30/2021 | Civil action cover sheet filed. | 2 | Image |
| | ($859,742.64) | | |
| 03/30/2021 | Demand for jury trial entered. | | |
| 03/30/2021 | Defendant Law Offices of David Hoey PC's Motion for<br>Protective Order and to Impound and Seal (w/opposition) | 3 | Image |
| 04/01/2021 | The following form was generated:<br><br>Notice to Appear<br>Sent On: 04/01/2021 09:21:20<br>Notice Sent To: Edward F Foye, Esq. Arrowood LLP 10 Post Off Square 7th Floor South, Boston, MA 02109<br>Notice Sent To: James S Bolan, Esq. Brecher, Wyner, Simons, Fox and Bolan, PC 189 Wells Ave, Newton Center, MA 02459-3210 | | |
| 04/08/2021 | Reply/Sur-reply | 4 | Image |
| | Defendants' Joint Reply to Plaintiff's Opposition to Defendants' Motion for Protective Order and to Impound and Seal | | |
| 04/08/2021 | Event Result:: Motion Hearing scheduled on:<br>04/08/2021 11:00 AM<br>Has been: Held via Video/Teleconference<br>Hon. Mary K Ames, Presiding<br>Staff:<br>    Anh T Bungcayao, Assistant Clerk Magistrate | | |
| 04/09/2021 | Attorney appearance<br>On this date Amy E Goganian, Esq. added for Defendant Kira Wahlstrom | | |
| 04/09/2021 | Attorney appearance<br>On this date Kara Ann Bettigole, Esq. added for Defendant Kira Wahlstrom | | |
| 04/09/2021 | The following form was generated:<br><br>Notice to Appear<br>Sent On: 04/09/2021 09:40:57<br>Notice Sent To: Edward F Foye, Esq. Arrowood LLP 10 Post Off Square 7th Floor South, Boston, MA 02109<br>Notice Sent To: James S Bolan, Esq. Brecher, Wyner, Simons, Fox and Bolan, PC 189 Wells Ave, Newton Center, MA 02459-3210<br>Notice Sent To: Amy E Goganian, Esq. Goganian and Associates, P.C 144 Gould St Suite 202, Needham Heights, MA 02494<br>Notice Sent To: Kara Ann Bettigole, Esq. Goganian and Associates, P.C. 144 Gould St Suite 202, Needham Heights, MA 02494 | | |
| 04/12/2021 | Defendant Kira Wahlstrom's Motion to<br>Join Co-Defendants' Motion to Impound and Seal | 5 | Image |
| 04/28/2021 | Event Result:: Motion Hearing scheduled on:<br>04/28/2021 10:30 AM<br>Has been: Held via Video/Teleconference<br>Comments: Joint Proposed Order re: Impoundment to be filed with the court in the next couple of weeks.<br>Hon. Mary K Ames, Presiding<br>Staff:<br>    Anh T Bungcayao, Assistant Clerk Magistrate | | |
| 05/04/2021 | Defendants David Hoey, Law Offices of David Hoey PC's Notice of<br>Motion to Dismiss | 6 | Image |
| 05/04/2021 | Defendant Kira Wahlstrom's Notice of<br>Motion to Dismiss | 7 | Image |
| 05/14/2021 | Defendants(s) David Hoey, Law Offices of David Hoey PC EMERGENCY motion filed to Stay Discovery | 8 | Image |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 05/14/2021 | David Hoey, Law Offices of David Hoey PC's Memorandum in support of Emergency Motion to Stay Discovery | 9 | Image |
| 05/19/2021 | Opposition to the Hoey Defendants' Emergency Motion for a Protective Order filed by Austin O'Toole, Law Offices of Austin Scott O'Toole PC | 10 | Image |
| 05/24/2021 | Defendant David Hoey, Law Offices of David Hoey PC's Notice of Filing | 11 | Image |
| 05/24/2021 | Plaintiff Austin O'Toole, Law Offices of Austin Scott O'Toole PC's Request to Submit Opposition to Motion to Dismiss | 14 | Image |
| 05/24/2021 | Defendants David Hoey, Law Offices of David Hoey PC's Motion to dismiss all counts | 12 | Image |
| 05/24/2021 | David Hoey, Law Offices of David Hoey PC's Memorandum in support of Motion to Dismiss | 13 | Image |
| 05/24/2021 | Defendants David Hoey, Law Offices of David Hoey PC's Submission of Rule 9A Affidavit of No Opposition | | Image |
| 05/24/2021 | Defendants David Hoey, Law Offices of David Hoey PC's Submission of Rule 9C Certificate | | Image |
| 05/24/2021 | Attorney appearance On this date James S Bolan, Esq. added for Defendant David Hoey | | |
| 05/24/2021 | Attorney appearance On this date Sara Nicole Holden, Esq. added for Defendant David Hoey | | |
| 05/24/2021 | Attorney appearance On this date Sara Nicole Holden, Esq. added for Defendant Law Offices of David Hoey PC | | |
| 05/24/2021 | Opposition to to the Hoey Defendants' Motion to Dimiss filed by Austin O'Toole, Law Offices of Austin Scott O'Toole PC | 15 | Image |
| 05/26/2021 | Reply/Sur-reply<br><br>Reply to Plaintiff's Opposition to Defendants' Motion for a Protective Order<br><br>Applies To: Hoey, David (Defendant); Law Offices of David Hoey PC (Defendant) | 16 | Image |
| 05/26/2021 | Reply/Sur-reply<br><br>Supplement to Defendants' Reply to Plaintiff's Opposition to Defendants' Motion for a Protective Order<br><br>Applies To: Hoey, David (Defendant); Law Offices of David Hoey PC (Defendant) | 17 | Image |
| 05/28/2021 | Endorsement on Request to submit opposition to motion to dismiss (#14.0): ALLOWED (dated 5/26/21)  notice sent 5/28/21 | | Image |
| 06/01/2021 | Opposition to to Plaintiff's Request for Leave filed by David Hoey, Law Offices of David Hoey PC | 18 | Image |
| 06/07/2021 | Reply/Sur-reply<br><br>Defendants' Reply in Support of Motion to Dismiss | 19 | Image |
| 06/07/2021 | Defendant Kira Wahlstrom's Motion to dismiss all counts pursuant to MRCP 12(b) (w/ opposition and reply). | 20 | Image |
| 06/07/2021 | Kira Wahlstrom's Memorandum in support of motion to dismiss | 20.1 | Image |
| 06/07/2021 | Opposition to to defendant's motion to dismiss filed by Austin O'Toole, Law Offices of Austin Scott O'Toole PC | 20.2 | Image |
| 06/07/2021 | Reply/Sur-reply<br><br>to plaintiff's opposition to Kira Washington's motion to dismiss. | 20.3 | Image |
| 06/07/2021 | Defendant Kira Wahlstrom's Certificate of Rule 9C | | Image |
| 06/07/2021 | Affidavit<br><br>of compliance with Superior Court Rule 9A.<br><br>Applies To: Wahlstrom, Kira (Defendant) | | Image |
| 06/07/2021 | Defendant Kira Wahlstrom's Request for hearing | | Image |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 06/07/2021 | Defendant Kira Wahlstrom's Notice of filing | | Image |
| 06/09/2021 | Endorsement on Motion for Protective Order and to Impound and Seal (w/opposition) (#3.0): ALLOWED (date 6/8/21) allowed see order of 6/2/21Notice 6/7/21 | | Image |
| 06/09/2021 | Endorsement on Motion to Stay Discovery (#8.0): DENIED (date 6/2/21) After careful review of all submissions Denied. Response shall be served on or before 6/28/21 Notice 6/7/21 | | Image |
| 06/09/2021 | ORDER: Protective Order Notice 6/7/21 | 21 | Image |
| 08/03/2021 | The following form was generated: <br><br> Notice to Appear <br> Sent On:  08/03/2021 14:52:18 <br> Notice Sent To:  Edward F Foye, Esq. Arrowood LLP 10 Post Off Square 7th Floor South, Boston, MA 02109 <br> Notice Sent To:  Sara Nicole Holden, Esq. Brecher, Wyner, Simons, Fox and Bolan PC 189 Wells Ave, Newton Center, MA 02459 <br> Notice Sent To:  James S Bolan, Esq. Brecher, Wyner, Simons, Fox and Bolan, PC 189 Wells Ave, Newton Center, MA 02459-3210 <br> Notice Sent To:  Amy E Goganian, Esq. Goganian and Associates, P.C 144 Gould St Suite 202, Needham Heights, MA 02494 <br> Notice Sent To:  Kara Ann Bettigole, Esq. Goganian and Associates, P.C. 144 Gould St Suite 202, Needham Heights, MA 02494 | | |
| 08/30/2021 | Opposition to "DEFENDANTS' JOINT MOTION TO FILE CERTAIN PORTIONS OF THE EXHIBITS TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STAY AND FOR PROTECTIVE ORDER UNDER SEAL . . ." filed by Austin O'Toole, Law Offices of Austin Scott O'Toole PC (limited opposition) | 22 | Image |
| 09/03/2021 | Defendants Law Offices of David Hoey PC, David Hoey, Kira Wahlstrom's Joint Motion to File Certain Portions of the Exhibits to Plaintiffs' Opposition to Defendants' Motion to Stay and for Protective Order Under Seal Pursuant to the Protective Order Issued by this Court on June 2, 2021 (w/limited opposition) | 23 | Image |
| 09/03/2021 | David Hoey, Law Offices of David Hoey PC, Kira Wahlstrom's Memorandum in support of Joint Motion to File Certain Portions of the Exhibits to Plaintiffs' Opposition to Defendants' Motion to Stay and for Protective Order under Seal Pursuant to the Protective Order issued by this Court on June 2, 2021 | 24 | Image |
| 09/03/2021 | Opposition to "Defendants" Joint Motion to File Certain Portions of the Exhibits to Plaintiffs' Opposition to Defendants' Motion to Stay and for Protective Order Under Seal filed by Austin O'Toole, Law Offices of Austin Scott O'Toole PC | 25 | Image |
| 09/03/2021 | Brief filed:  Reply in Support of Defendants' Joint Motion to File Certain Portions of the Exhibits to Plaintiffs' Opposition to Defendants' Motion to Stay and for Protective Order Under Seal Pursuant to the Protective Order Issued by this Court on June 2, 2021 <br><br> Applies To: Hoey, David (Defendant); Law Offices of David Hoey PC (Defendant); Wahlstrom, Kira (Defendant) | 26 | Image |
| 10/21/2021 | The following form was generated: <br><br> Notice to Appear <br> Sent On:  10/21/2021 12:33:40 <br> Notice Sent To:  Edward F Foye, Esq. Arrowood LLP 10 Post Off Square 7th Floor South, Boston, MA 02109 <br> Notice Sent To:  Sara Nicole Holden, Esq. Brecher, Wyner, Simons, Fox and Bolan PC 189 Wells Ave, Newton Center, MA 02459 <br> Notice Sent To:  James S Bolan, Esq. Brecher, Wyner, Simons, Fox and Bolan, PC 189 Wells Ave, Newton Center, MA 02459-3210 <br> Notice Sent To:  Amy E Goganian, Esq. Goganian and Associates, P.C 144 Gould St Suite 202, Needham Heights, MA 02494 <br> Notice Sent To:  Kara Ann Bettigole, Esq. Goganian and Associates, P.C. 144 Gould St Suite 202, Needham Heights, MA 02494 | | |
| 10/26/2021 | Defendants David Hoey, Law Offices of David Hoey PC's Motion to Stay and for Protective Order (filed with memo in support and opposition) :  The dates referenced herein having long past, the motion is moot. However, a hearing is scheduled for 11/29/21 at 2:45pm with regard to any request that counsel has not yet resolved (dated 10/21/21) notice sent 10/28/21 | 27 | Image |
| 10/26/2021 | Endorsement on Motion to File Certain Portions of Exhibits to Opposition to Motion to Stay and for Protective order Under Seal (#23.0): ALLOWED pending further hearing on 11/29/21 at 2:45pm as to whether impoundment order shall be extended. Parties are reminded that any impoundment request must comply with the Uniform Rules on Impoundment Procedure and that the mere fact that parties have designated a document as "confidential" will not support its impoundment (dated 10/21/21) notice sent 10/25/21 | | Image |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 11/01/2021 | Law Offices of David Hoey PC's Motion for leave to propound additional interrogatories to plaintiff Austin O'Toole (w/opposition). | 28 | Image |
| 11/01/2021 | Law Offices of David Hoey PC's Memorandum in support of motion for leave to propound additional interrogatories to plaintiff Austin O'Toole | 29 | Image |
| 11/01/2021 | Opposition to defendant's motion for leave to propound additional interrogatories to plaintiff Austin O'Toole filed by Austin O'Toole | 30 | Image |
| 11/01/2021 | Reply/Sur-reply<br><br>to opposition to motion to propound additional interrogatories to plaintiff Austin O'Toole<br><br>Applies To: Law Offices of David Hoey PC (Defendant) | 31 | Image |
| 11/01/2021 | Defendants Law Offices of David Hoey PC, David Hoey, Kira Wahlstrom's Joint Motion to file certain portions of the exhibits to plaintiffs' opposition to defendant's motion for leave to propound additional interrogatories to plaintiff Austin O'Toole under seal (w/opposition).<br><br>Applies To: Law Offices of David Hoey PC (Defendant) | 32 | Image |
| 11/01/2021 | Law Offices of David Hoey PC, David Hoey, Kira Wahlstrom's Memorandum in support of joint motion to file certain portions of the exhibits to plaintiffs' opposition to defendant's motion for leave to propound additional interrogatories to plaintiff Austin O'Toole under seal | 33 | Image |
| 11/01/2021 | Opposition to motion to impound filed by Austin O'Toole | 34 | Image |
| 11/01/2021 | Reply/Sur-reply<br><br>to plaintiffs' limited opposition to defendant's joint motion to file certain portions of the exhibits to plaintiffs' opposition to defendant's motion for leave to propound additional interrogatories to plaintiff Austin O'Toole under seal<br><br>Applies To: Hoey, David (Defendant); Law Offices of David Hoey PC (Defendant); Wahlstrom, Kira (Defendant) | 35 | Image |
| 11/17/2021 | Attorney appearance<br>On this date Christine A Knipper, Esq. added for Defendant David Hoey | | |
| 11/17/2021 | Attorney appearance<br>On this date Christine A Knipper, Esq. added for Defendant Law Offices of David Hoey PC | | |
| 11/29/2021 | Matter taken under advisement:  Rule 12 Hearing scheduled on:<br>     11/29/2021 02:30 PM<br>Has been: Held - Under advisement<br>Hon. Janet L Sanders, Presiding<br>Staff:<br>     Anh T Bungcayao, Assistant Clerk Magistrate | | |
| 11/29/2021 | Matter taken under advisement:  Hearing for Protective Order scheduled on:<br>     11/29/2021 02:30 PM<br>Has been: Held - Under advisement<br>Hon. Janet L Sanders, Presiding<br>Staff:<br>     Anh T Bungcayao, Assistant Clerk Magistrate | | |
| 12/09/2021 | Plaintiff Austin O'Toole's Notice of Service of Motion to Amend Complaint | 36 | Image |
| 12/17/2021 | Plaintiff Austin O'Toole, Law Offices of Austin Scott O'Toole PC's Motion to amend the Complaint ( Memorandum Incorporated) | 37 | Image |
| 12/17/2021 | Opposition to of Defendants David J. Hoey and the Law Offices of David  J. Hoey  P.C. to Plaintiffs Motion to Amend Complaint ( RESPONSE /LIMITED OPPOSITION) filed by David Hoey, Law Offices of David Hoey PC | 38 | Image |
| 12/17/2021 | Opposition to Plaintiffs Motion to Amend Complaint filed by Kira Wahlstrom | 39 | Image |
| 12/17/2021 | Reply/Sur-reply<br><br>Reply Memorandum in support of Motion to amend | 40 | Image |
| 12/17/2021 | Affidavit no opposition received<br><br>Applies To: Foye, Esq., Edward F (Attorney) on behalf of Law Offices of Austin Scott O'Toole PC (Plaintiff) | | Image |
| 12/17/2021 | Affidavit of Compliance with Rule 9A | | Image |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 12/17/2021 | Plaintiff Austin O'Toole, Law Offices of Austin Scott O'Toole PC's Notice of Filing | | Image |
| 12/17/2021 | Plaintiffs Austin O'Toole, Law Offices of Austin Scott O'Toole PC's Submission of List of Documents Pursuant to Superior Court Rule 9A | | Image |
| 12/20/2021 | Endorsement on Motion to Impound (#32.0): DENIED<br>Motion does not comply with Uniform Rules of Impoundment (dated 12/7/21) notice sent 12/16/21 | | |
| 01/21/2022 | Plaintiffs, Defendants Austin O'Toole, Law Offices of Austin Scott O'Toole PC, David Hoey, Law Offices of David Hoey PC, Kira Wahlstrom's Joint Motion to Enlarge the Time for Discovery and Associated Deadlines Under the Tracking Order( First Enlargement) | 41 | Image |
| 01/24/2022 | The following form was generated:<br><br>Notice to Appear<br>Sent On: 01/24/2022 10:17:23 | | |
| 02/10/2022 | Endorsement on Motion to Enlarge the Time for Discovery and Associated Deadlines Under the Tracking Order( First Enlargement (#41.0): ALLOWED<br>(date 2/1/22)<br>Notice 2/8/22 | | Image |
| 02/16/2022 | Matter taken under advisement:  Motion Hearing to Amend Complaint scheduled on:<br>     02/16/2022 02:45 PM<br>Has been: Held - Under advisement<br>Hon. Mary K Ames, Presiding<br>Staff:<br>        Beatriz E Van Meek, Assistant Clerk Magistrate | | |
| 02/23/2022 | Amended: amended complaint filed by Austin O'Toole, Law Offices of Austin Scott O'Toole PC | 42 | Image |
| 02/24/2022 | Endorsement on Motion to amend the Complaint ( Memorandum Incorporated) (#37.0): ALLOWED<br>(date 2/16/22) After hearing and careful consideration of all submissions and arguments allowed for the good and sufficient reasons and cited herein Notice 2/18/22 | | Image |
| 02/24/2022 | Attorney appearance<br>On this date Thomas Murphy, Esq. added for Defendant David Hoey | | |
| 02/24/2022 | Attorney appearance<br>On this date Thomas Murphy, Esq. added for Defendant Law Offices of David Hoey PC | | |
| 03/02/2022 | Attorney appearance<br>On this date Bridget A Zerner, Esq. added for Defendant Kira Wahlstrom | | |
| 03/02/2022 | Attorney appearance<br>On this date Kara Ann Bettigole, Esq. dismissed/withdrawn for Defendant Kira Wahlstrom | | |
| 03/02/2022 | Attorney appearance<br>On this date Amy E Goganian, Esq. dismissed/withdrawn for Defendant Kira Wahlstrom | | |
| 03/04/2022 | Party(s) file Stipulation<br>to extend time to respond to first amended complaint<br><br>Applies To: Wahlstrom, Kira (Defendant) | 43 | Image |
| 03/07/2022 | Attorney appearance electronically filed.<br><br>Applies To: Cooper, Esq., Howard (Attorney) on behalf of Don Keenan (as amended), Keenan Law Firm P.C. (as amended) (Defendant) | | Image |
| 03/07/2022 | Attorney appearance electronically filed.<br><br>Applies To: Pinta, Esq., Ian J (Attorney) on behalf of Don Keenan (as amended), Keenan Law Firm P.C. (as amended) (Defendant) | | Image |
| 03/07/2022 | Party(s) file Stipulation<br>to extend time to respond to first amended complaint<br><br>Applies To: Don Keenan (as amended) (Defendant); Keenan Law Firm P.C. (as amended) (Defendant) | 44 | Image |
| 03/07/2022 | Attorney appearance<br>On this date Howard Cooper, Esq. added for Defendant Don Keenan (as amended) | | |
| 03/07/2022 | Attorney appearance<br>On this date Ian J Pinta, Esq. added for Defendant Don Keenan (as amended) | | |
| 03/07/2022 | Attorney appearance<br>On this date Howard Cooper, Esq. added for Defendant Keenan Law Firm P.C. (as amended) | | |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 03/07/2022 | Attorney appearance<br>On this date Ian J Pinta, Esq. added for Defendant Keenan Law Firm P.C. (as amended) | | |
| 03/07/2022 | Answer to amended complaint<br><br>Applies To: Hoey, David (Defendant); Law Offices of David Hoey PC (Defendant); Holden, Esq., Sara Nicole (Attorney) on behalf of Hoey, David, Law Offices of David Hoey PC (Defendant); Knipper, Esq., Christine A (Attorney) on behalf of Hoey, David, Law Offices of David Hoey PC (Defendant); Bolan, Esq., James S (Attorney) on behalf of Hoey, David, Law Offices of David Hoey PC (Defendant); Murphy, Esq., Thomas (Attorney) on behalf of Hoey, David, Law Offices of David Hoey PC (Defendant) | 45 | Image |
| 03/17/2022 | Attorney appearance electronically filed.<br>Attorney appearance<br>On this date John J Markham, II, Esq. added for Defendant Kira Wahlstrom (E-filed 03/17/2022) | | Image |
| 03/25/2022 | Plaintiffs Don Keenan (as amended), Keenan Law Firm P.C. (as amended)'s Notice of Intent to File Motion to Dismiss | 46 | Image |
| 03/29/2022 | Defendant Kira Wahlstrom's Notice of Motion to Dismiss | 47 | Image |
| 04/12/2022 | Defendant Kira Wahlstrom's Motion to Dismiss Plaintiffs' First Amended Complaint | 48 | Image |
| 04/12/2022 | Kira Wahlstrom's Memorandum in support of its Motion to Dismiss Plaintiffs' First Amended Complaint | 49 | Image |
| 04/12/2022 | Affidavit of Bridget A. Zerner<br><br>Applies To: Zerner, Esq., Bridget A (Attorney) on behalf of Wahlstrom, Kira (Defendant) | 50 | Image |
| 04/12/2022 | Opposition to Kira Wahlstrom's Motion to Dismiss First Amended Complaint filed by Austin O'Toole, Law Offices of Austin Scott O'Toole PC | 51 | Image |
| 04/12/2022 | Reply/Sur-reply<br><br>Reply in support of Defendant Kira Wahlstrom's Motion to Dismiss Plaintiffs' First Amended Complaint<br><br>Applies To: Wahlstrom, Kira (Defendant) | 52 | Image |
| 04/12/2022 | Defendant Kira Wahlstrom's Submission of Superior Court Rule 9C Certificate of Counsel<br><br>Applies To: Zerner, Esq., Bridget A (Attorney) on behalf of Wahlstrom, Kira (Defendant) | | Image |
| 04/12/2022 | Affidavit of Compliance with Superior Court Rule 9A<br><br>Applies To: Zerner, Esq., Bridget A (Attorney) on behalf of Wahlstrom, Kira (Defendant) | | Image |
| 04/12/2022 | Defendant Kira Wahlstrom's Request for Hearing | 53 | Image |
| 04/12/2022 | Defendant Kira Wahlstrom's Notice of Filing | | Image |
| 04/12/2022 | Defendant Kira Wahlstrom's Submission of Document List | | Image |
| 04/12/2022 | Defendant Kira Wahlstrom's Certificate of Service | | Image |
| 04/21/2022 | The following form was generated:<br><br>Notice to Appear<br>Sent On: 04/21/2022 11:53:21 | | |
| 05/16/2022 | Defendants Don Keenan (as amended), Keenan Law Firm P.C. (as amended)'s Notice of Filing and Rule 9A (b)(2) List of Documents Filed<br><br>Affidavit of Compliances with Superior Court Rule 9A<br><br>Request for a Hearing | | Image |
| 05/16/2022 | Defendants Don Keenan (as amended), Keenan Law Firm P.C. (as amended)'s Motion to dismiss all counts | 54 | Image |
| 05/16/2022 | Don Keenan (as amended), Keenan Law Firm P.C. (as amended)'s Memorandum in support of their Motion to Dismiss | 55 | Image |
| 05/16/2022 | Opposition to defendants Don Keenan and the Keenan law Firm's Motion to Dismiss filed by Austin O'Toole, Law Offices of Austin Scott O'Toole PC | 56 | Image |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 05/16/2022 | Reply/Sur-reply | 57 | Image |
| | Defendants Don Keenan and The Keenan Law Firm, P.C.'s Reply in Support of their Motion to Dismiss | | |
| 05/16/2022 | Affidavit of Ian J. Pinta | 58 | Image |
| 05/24/2022 | Matter taken under advisement: Rule 12 Hearing scheduled on: 05/24/2022 03:00 PM Has been: Held - Under advisement Hon. Peter B Krupp, Presiding Staff: Gloria Brooks, Assistant Clerk Magistrate | | |
| 06/08/2022 | Event Result:: Conference to Review Status scheduled on: 06/08/2022 03:30 PM Has been: Held as Scheduled Hon. Peter B Krupp, Presiding Staff: Gloria Brooks, Assistant Clerk Magistrate | | |
| 07/19/2022 | Endorsement on Motion to Dismiss First Amended Complaint (#48.0): ALLOWED after hearing. See Memorandum and order of same date (dated 7/14/22) notice sent 7/18/22 | | Image |
| 07/19/2022 | Endorsement on Motion to Dismiss (#54.0): DENIED after hearing. See Memorandum and Order of same date (dated 7/14/22) notice sent 7/18/22 | | Image |
| 07/19/2022 | MEMORANDUM & ORDER on Motions to Dismiss: Kira Walstrom's Motion to Dismiss (p#48) is ALLOWED; Defendants' Don Keenan and the Keenan Law Firm PC's Motion to Dismiss (P#54) is DENIED Judge: Krupp, Hon. Peter B (see P#59 for full decision) (dated 7/14/22) notice sent 7/18/22 | 59 | Image |
| 07/25/2022 | Received from Defendants Don Keenan (as amended), and Keenan Law Firm P.C. (as amended): Answer, Affirmative defenses and jury demand; | 60 | Image |
| 09/06/2022 | Defendants Don Keenan (as amended), Keenan Law Firm P.C. (as amended)'s EMERGENCY Motion to Impound (Memorandum Incorporated) | 61 | Image |
| 09/07/2022 | Opposition to Defendant Don Keenan's Emergency Motion to Impound filed by Austin O'Toole, Law Offices of Austin Scott O'Toole PC | 62 | Image |
| 09/13/2022 | Endorsement on Motion to Impound (#61.0): ALLOWED A hearing will be scheduled on this motion, in accordance with Trial Court Rule 8, at the same time as a hearing on the forthcoming discovery motions. Until further order, the pleadings identified in Exh. B hereto shall be Impounded Temporarily. Counsel filing the forth coming pleadings shall note this order of temporary Impoundment on the Pleadings. Dated: 9/9/22 Notice sent 9/12/22 | | Image |
| 09/13/2022 | Plaintiff Austin O'Toole, Law Offices of Austin Scott O'Toole PC's Motion to Compel Production of Documents from The Defendant Don Kenan (Memorandum Incorporated) | 63 | Image |
| 09/13/2022 | Defendant Don Keenan (as amended), Keenan Law Firm P.C. (as amended)'s Cross Motion for Temporary Stay of Discovery and Extension of Tracking Order | 64 | Image |
| 09/13/2022 | Opposition to (i) Plaintiff's Motion to Compel Production of Documents (Limited) and (ii) Memorandum in support of Cross Motion for Temporary Stay of Discovery and Extension of Tracking Order filed by Don Keenan (as amended), Keenan Law Firm P.C. (as amended) | 65 | Image |
| 09/13/2022 | Request for hearing filed Applies To: Don Keenan (as amended) (Defendant); Keenan Law Firm P.C. (as amended) (Defendant) | 66 | Image |
| 09/13/2022 | Defendant David Hoey, Law Offices of David Hoey PC's Response to Cross-Motion of Co-Defendants Don Keenan and the Keenan Law Firm, P.C. For Temporary Stay of Discovery and To Extend Tracking Deadlines | 67 | Image |
| 09/13/2022 | Opposition to (1) the Keenan Defendants' Cross-Motion for a Stay of Discovery and (2) Reply Memorandum in Support of Their Motion to Compel Production of Documents filed by Austin O'Toole, Law Offices of Austin Scott O'Toole PC | 68 | Image |
| 09/13/2022 | Plaintiff Austin O'Toole, Law Offices of Austin Scott O'Toole PC's Motion to Enlarge the time for discovery and associated deadlines under the tracking order. | 69 | Image |
| 09/13/2022 | Defendant Don Keenan (as amended), Keenan Law Firm P.C. (as amended)'s Response to plaintiff's motion to enlarge time for discovery and associated deadlines. | 70 | Image |
| 09/13/2022 | Defendant David Hoey, Law Offices of David Hoey PC's Response to plaintiff's motion to enlarge time for discovery and associated deadlines. | 71 | Image |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 09/13/2022 | Affidavit of compliance with Rule 9A | | Image |
| 09/13/2022 | Plaintiff Austin O'Toole, Law Offices of Austin Scott O'Toole PC's Notice of filing. | | Image |
| 09/13/2022 | Plaintiff Austin O'Toole, Law Offices of Austin Scott O'Toole PC's Submission of list of documents pursuant to superior court Rule 9A. | | Image |
| 09/21/2022 | The following form was generated:<br><br>Notice to Appear<br>Sent On: 09/21/2022 14:29:49 | | |
| 10/03/2022 | Event Result:: Motion Hearing scheduled on:<br>    10/03/2022 11:00 AM<br>Has been: Rescheduled    For the following reason: By Court prior to date<br>Hon. Jackie Cowin, Presiding<br>Staff:<br>    Anh T Bungcayao, Assistant Clerk Magistrate<br>    Leontina Limone, Assistant Clerk Magistrate | | |
| 10/04/2022 | Event Result:: Motion Hearing scheduled on:<br>    10/04/2022 02:00 PM<br>Has been: Held via Video/Teleconference<br>Hon. Jackie Cowin, Presiding<br>Staff:<br>    Anh T Bungcayao, Assistant Clerk Magistrate<br>    Leontina Limone, Assistant Clerk Magistrate | | |
| 10/05/2022 | The following form was generated:<br><br>Notice to Appear<br>Sent On: 10/05/2022 12:07:39 | | |
| 10/05/2022 | Endorsement on Motion to Impound (#61.0): DENIED<br>After hearing, denied. See separate order.<br>(10/5/22) (Notice sent 10/11/22) | | Image |
| 10/05/2022 | ORDER: Initial Orders on Plaintiffs' Motion to Compel (No. 63); Keenan Defendants' Cross-Motion for Stay of Discovery (No. 64); and Motion for Extension of Tracking Order (No. 69); and Order on Keenan Defendants' Motion to Impound<br>See paper #72<br>(10/5/22) (Notice sent 10/11/22) | 72 | Image |
| 10/17/2022 | Transcript of 10/4/22 received from Transcriber Donna Holmes Dominguez (via email and CD copy) | | |
| 10/27/2022 | Event Result:: Motion Hearing to Compel scheduled on:<br>    10/27/2022 02:00 PM<br>Has been: Held as Scheduled<br>Hon. Jackie Cowin, Presiding<br>Staff:<br>    Anh T Bungcayao, Assistant Clerk Magistrate<br>    Leontina Limone, Assistant Clerk Magistrate | | |
| 10/27/2022 | The following form was generated:<br><br>Notice to Appear<br>Sent On: 10/27/2022 14:47:35 | | |
| 10/31/2022 | The following form was generated:<br><br>Notice to Appear<br>Sent On: 10/31/2022 12:08:52 | | |
| 10/31/2022 | ORDER: further Order on plaintiff's motion to compel (No.63).<br>(dated 10/27/22) notice sent 10/31/22 | 73 | Image |

## Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Pending | | |