UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIRA WAHLSTROM,<br><br>    *Plaintiff,*<br><br>v.<br><br>DAVID J. HOEY, LAW OFFICES OF DAVID J. HOEY, P.C., DON C. KEENAN, AND D.C. KEENAN & ASSOCIATES, P.C. D/B/A THE KEENAN LAW FIRM, P.C.<br><br>    *Defendants.* | No. 1:22-cv-10792-RGS |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF THOMAS A. MURPHY

I, Thomas A. Murphy, of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, hereby withdraw my appearance for Defendants David J. Hoey and Law Offices of David J. Hoey, P.C., in the above-captioned matter.

                                        Respectfully submitted,

                                        DEFENDANTS DAVID J. HOEY AND LAW OFFICES OF
                                        DAVID J. HOEY, P.C.,

                                        By their Attorneys,

Dated: December 14, 2022         */s/ Thomas A. Murphy*
                                        Christine A. Knipper, BBO #652638
                                        Christine.Knipper@wilsonelser.com
                                        Thomas A. Murphy, BBO #675434
                                        Thomas.Murphy@wilsonelser.com
                                        Wilson Elser Moskowitz Edelman & Dicker LLP
                                        260 Franklin Street, 14th Floor
                                        Boston, Massachusetts  02110
                                        (617) 422-5300

277921256v.1

## CERTIFICATE OF SERVICE

      I, Thomas A. Murphy, hereby certify that, on December 14, 2022, the foregoing document was filed through the ECF system, the document will be sent electronically to the registered participants, and paper copies will be served via first class mail on those indicated as non-registered participants.

                                      */s/ Thomas A. Murphy*
                                      Thomas A. Murphy

277921256v.1