# Exhibit B

1

VOLUME:  I
PAGES:  1 - 336
EXHIBITS:  See Index


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION-BOSTON)

*****************************)
KIRA WAHLSTROM,              )
                 Plaintiff,  )
                             )
     -against-               )  Civil No.
                             )  1:22-cv-10792-RGS
DAVID J. HOEY, LAW OFFICES   )
OF DAVID J. HOEY, P.C.,      )
DON C. KEENAN, D.C.,         )
KEENAN & ASSOCIATES, P.C.,   )
D/B/A THE KEENAN LAW FIRM,   )
P.C., AND KEENAN'S KIDS      )
FOUNDATION, INC.,            )
                 Defendants. )
****************************


DEPOSITION OF DAVID J. HOEY, a
witness called on behalf of the Plaintiff, taken
pursuant to the provisions of the Federal Rules
of Civil Procedure, before Kathleen M. McHugh, a
Registered Professional/Certified Shorthand
Reporter (#120093) and Notary Public in and for
the Commonwealth of Massachusetts, at the
offices of Wilson Elser Moskowitz Edelman &
Dicker, LLP, 260 Franklin Street, Boston,
Massachusetts, on Monday, February 20, 2023,
commencing at 9:58 a.m.


COPLEY COURT REPORTING
71 Commercial Street
Boston, Massachusetts 02109
(617) 423-5841

108

1    infringement?

2         A.    That's correct.

3         Q.    Did you explain this any further than

4    that to her?

5         A.    I did.

6         Q.    And what did you explain to her?

7         A.    That this was during the trial and

8    during the motion for new trial the defense was

9    trying to put a wedge between Kira and Don and

10   Don and the court by attaching a lot of Mr.

11   Keenan's book and trial blog articles and we

12   felt it was necessary and in her best interest

13   at that time to fight it and she agreed.

14   Everything was fight, fight, fight, and so

15   that's what we did.  She understood it at the

16   time; had a few choice words as usual.

17        Q.    To your knowledge had Kira met

18   Mr. Goren as of this time in March, 2020?

19        A.    No.  She did not meet Mr. Goren, I

20   don't think at all, but I do have a recollection

21   that Kira came to one of those post-trial

22   hearings where he may have been present.

23        Q.    Okay.  All right.  On this one then

24   we have James Bolan on there for $8,432.39?

109

1      A.     I see that.

2      Q.     And this indicates, "This was ethics

3  counsel who consulted regarding Wilson, Sobczak,

4  the appeal and other areas," right?

5      A.     Correct, that's correct.

6      Q.     Did you tell Kira as of this time

7  that Mr. Bolan was also your personal attorney?

8      A.     She knew that.

9      Q.     She did.  Before this?

10      A.     She did.

11      Q.     Okay.  And to your knowledge had she

12  met Mr. Bolan as of March, 2020?

13      A.     As of March, 2020, no.  She might

14  have met him at one of the court hearings later.

15      Q.     Okay.  And to your knowledge was any

16  fee agreement executed between Kira and Mr.

17  Bolan?

18      A.     No.

19      Q.     And going back to the other ones to

20  your knowledge, was any fee agreement executed

21  between Kira and Mr. Goren?

22      A.     Not that I'm aware of, no.

23      Q.     When you engaged Mr. Goren's, Richard

24  Goren's, services, did you get Kira's approval

114

1      A.    No.

2      Q.    All right.  And I can understand some

3 of them, you wouldn't call her to photocopy

4 something, right, because you've got photocopies

5 on here, but -- although you have almost $10,000

6 in photocopies.  Oh, for example, if you go and

7 take an Uber, you didn't call her and say, Kira,

8 is it okay I take an Uber.  I get that.  So I

9 was being very specific.

10          Richard Goren, did you get Kira's

11 agreement to pay his legal fees prior to

12 incurring them?

13      A.    I don't think so.

14      Q.    And James Bolan, did you get Kira's

15 agreement to pay his legal fees prior to

16 incurring them?

17      A.    Yes and no.  So you'll see

18 correspondence in the discovery where I'm

19 telling her that Amy, Patty, myself and Mr.

20 Bolan are working collectively as a team to do

21 X, Y, Z.

22      Q.    And does -- I'll see that in the

23 e-mails?

24      A.    You will.

256

1                    (Affidavit of James S.

2     Bolan, Esquire, dated 7/22/20, was marked

3     Exhibit No. 48 for identification.)

4          Q.    Now, Exhibit 48, do you recognize

5     this as an affidavit of James Bolan, Esquire,

6     that was filed in support of a motion for costs

7     and fees on behalf of Kira Wahlstrom against

8     Mr. Sobczak?

9          A.    That's right.

10         Q.    And Paragraph 3 says, "I was

11    consulted on behalf of the Law Offices of

12    David J. Hoey, P.C., and David J. Hoey for the

13    benefit of Ms. Kira Wahlstrom due to Mr.

14    Sobczak's allegations relating to certain

15    conduct by my client, David Hoey, who represents

16    Kira Wahlstrom."

17         A.    That's correct.

18         Q.    What -- can you tell me your

19    understanding of what allegations relating to

20    your conduct he, Mr. Bolan, is referencing

21    there?

22         A.    To the best of my recollection,

23    Mr. Sobczak in this lien fight was breaching the

24    attorney-client privileged information that

257

1    related to Kira and adding things into his

2    affidavits and attaching things to his papers

3    that were about me, about Kira, about Patty,

4    about the court, anybody and everybody that he

5    can find something wrong about.

6         Q.    Okay.  But this is specifically

7    saying allegations relating to certain conduct

8    by my client, David Hoey?

9         A.    Right.

10        Q.    And I want to know what -- if you

11   have a memory or knowledge of what specific

12   conduct this is referencing as it pertains to

13   you?

14        A.    Yes.  It's in his affidavits and in

15   his motion papers related to my representation

16   of Kira.

17        Q.    And then this indicates that

18   Mr. Bolan's office billed his legal services to

19   you and then you were reimbursed by Kira; is

20   that accurate?

21        A.    I'd have to match, but I think so.

22        Q.    And it has his billings attached?

23        A.    Yeah.  The redactions would be

24   unrelated things.