**Liberty, John P.**

| | |
|---|---|
| **From:** | Liberty, John P. |
| **Sent:** | Friday, March 3, 2023 5:22 PM |
| **To:** | 'KSobczak@sobczaklaw.com' |
| **Cc:** | Knipper, Christine A.; Ash, Julie M.; Kluger, Steve |
| **Subject:** | 1:22-cv-10792-RGS Wahlstrom v. Hoey et al  - Cross-Notice of Deposition of Krzysztof G. Sobczak, Esq. |
| **Attachments:** | Wahlstrom - Cross-Notice of Deposition of Krzysztof G. Sobczak, Esq. - 0....pdf |

Dear Attorney Sobczak,

Please see the attached Cross-Notice of Deposition. Thank you.

Regards,
John

John P. Liberty
Attorney At Law
Wilson Elser Moskowitz Edelman & Dicker LLP
260 Franklin Street - 14th Floor
Boston, MA 02110-3112
617.422.5326 (Direct)
774.535.6664 (Cell)
617.422.5300 (Main)
617.423.6917 (Fax)
john.liberty@wilsonelser.com

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIRA WAHLSTROM,<br><br>    *Plaintiff,*<br><br>v.<br><br>DAVID J. HOEY, LAW OFFICES OF<br>DAVID J. HOEY, P.C., DON C. KEENAN,<br>AND D.C. KEENAN & ASSOCIATES,<br>P.C. D/B/A THE KEENAN LAW FIRM,<br>P.C.<br><br>    *Defendants.* | No. 1:22-cv-10792-RGS |

## <u>CROSS-NOTICE OF DEPOSITION OF KRZYSZTOF G. SOBCZAK, ESQ.</u>

**To:**  Bridget A. Zerner, Esq.        Susan M. Silva, Esq.
John J.E. Markham, II, Esq.     John J. O'Connor, Esq.
Markham Read Zerner LLC     Peabody & Arnold LLP
One Commercial Wharf West     Federal Reserve Plaza
Boston, MA 02110          600 Atlantic Avenue
617-523-6329             Boston, MA 02210-2261
Fax: 617-742-8604        (617) 951-2100
bzerner@markhamreadzerner.com  ssilva@peabodyarnold.com
jmarkham@markhamreadzerner.com  joconnor@peabodyarnold.com

Danni Shanel, Esq.
William Taylor, Esq.
Troutman Pepper Hamilton Sanders
125 High Street, 19th Floor
Boston, MA 02114
702-816-7811
danni.shanel@troutman.com
william.taylor@troutman.com

     PLEASE TAKE NOTICE that, pursuant to Rules 26, 30, and 45 of the Federal Rules of Civil

Procedure, Defendants David J. Hoey and Law Offices of David J. Hoey, P.C., through their

attorneys, will take the deposition of **Krzysztof G. Sobczak, Esq., on Tuesday, March 21,**

**2023, at 9:30 a.m.,** at the offices of Markham Read Zerner LLC, 11A Commercial Wharf West,

Boston, MA 02110.

The deposition will begin at the time indicated and will continue thereafter until the same

shall be completed.

This deposition will be conducted before a Notary Public in and for the Commonwealth

of Massachusetts, or before some other officer authorized by law to administer oaths, and will be

stenographically and audio-visually recorded.

Please note that the deponent is required to bring to the deposition a valid driver's

license, passport or other Federal or State issued <u>photo</u> identification which also includes

deponent's signature.  The oral examination will continue from day-to-day until completed.

You are invited to attend and examine.

Respectfully submitted,

DEFENDANTS DAVID J. HOEY AND LAW OFFICES OF
DAVID J. HOEY, P.C.,

By their Attorneys,

Dated: March 3, 2023

  _/s/ Christine A. Knipper_____
Christine A. Knipper, BBO #652638
Christine.Knipper@wilsonelser.com
John P. Liberty, BBO # 703627
John.Liberty@wilsonelser.com
Wilson Elser Moskowitz Edelman & Dicker LLP
260 Franklin Street, 14th Floor
Boston, Massachusetts  02110
(617) 422-5300

## CERTIFICATE OF SERVICE

I, John P. Liberty, hereby certify that the foregoing document was served on counsel of record on March 3, 2023, via e-mail.

_/s/ John P. Liberty_____
John P. Liberty

280694430v.1