# Liberty, John P.

| | |
|---|---|
| **From:** | Liberty, John P. |
| **Sent:** | Friday, March 3, 2023 5:19 PM |
| **To:** | bzerner@markhamreadzerner.com; joconnor@peabodyarnold.com; william.taylor@troutman.com |
| **Cc:** | jmarkham@markhamreadzerner.com; Susan M. Silva; Shanel, Danni L; Ash, Julie M.; Knipper, Christine A. |
| **Subject:** | 1:22-cv-10792-RGS Wahlstrom v. Hoey et al - Cross-Notice of Deposition of Krzysztof G. Sobczak, Esq. |
| **Attachments:** | Wahlstrom - Cross-Notice of Deposition of Krzysztof G. Sobczak, Esq. - 0....pdf |

Counsel,

Please see the attached Cross-Notice of Deposition of Krzysztof G. Sobczak. Esq. Thank you.

Regards,
John

John P. Liberty
Attorney At Law
Wilson Elser Moskowitz Edelman & Dicker LLP
260 Franklin Street - 14th Floor
Boston, MA 02110-3112
617.422.5326 (Direct)
774.535.6664 (Cell)
617.422.5300 (Main)
617.423.6917 (Fax)
john.liberty@wilsonelser.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIRA WAHLSTROM,<br><br>    *Plaintiff,*<br><br>v.<br><br>DAVID J. HOEY, LAW OFFICES OF DAVID J. HOEY, P.C., DON C. KEENAN, AND D.C. KEENAN & ASSOCIATES, P.C. D/B/A THE KEENAN LAW FIRM, P.C.<br><br>    *Defendants.* | No. 1:22-cv-10792-RGS |

**CROSS-NOTICE OF DEPOSITION OF KRZYSZTOF G. SOBCZAK, ESQ.**

**To:**  Bridget A. Zerner, Esq.  
John J.E. Markham, II, Esq.  
Markham Read Zerner LLC  
One Commercial Wharf West  
Boston, MA 02110  
617-523-6329  
Fax: 617-742-8604  
bzerner@markhamreadzerner.com  
jmarkham@markhamreadzerner.com  

Susan M. Silva, Esq.  
John J. O'Connor, Esq.  
Peabody & Arnold LLP  
Federal Reserve Plaza  
600 Atlantic Avenue  
Boston, MA 02210-2261  
(617) 951-2100  
ssilva@peabodyarnold.com  
joconnor@peabodyarnold.com  

Danni Shanel, Esq.  
William Taylor, Esq.  
Troutman Pepper Hamilton Sanders  
125 High Street, 19th Floor  
Boston, MA 02114  
702-816-7811  
danni.shanel@troutman.com  
william.taylor@troutman.com  

    PLEASE TAKE NOTICE that, pursuant to Rules 26, 30, and 45 of the Federal Rules of Civil Procedure, Defendants David J. Hoey and Law Offices of David J. Hoey, P.C., through their attorneys, will take the deposition of **Krzysztof G. Sobczak, Esq., on Tuesday, March 21,**

280694430v.1

**2023, at 9:30 a.m.,** at the offices of Markham Read Zerner LLC, 11A Commercial Wharf West, Boston, MA 02110.

The deposition will begin at the time indicated and will continue thereafter until the same shall be completed.

This deposition will be conducted before a Notary Public in and for the Commonwealth of Massachusetts, or before some other officer authorized by law to administer oaths, and will be stenographically and audio-visually recorded.

Please note that the deponent is required to bring to the deposition a valid driver's license, passport or other Federal or State issued <u>photo</u> identification which also includes deponent's signature. The oral examination will continue from day-to-day until completed.

You are invited to attend and examine.

                        Respectfully submitted,

                        DEFENDANTS DAVID J. HOEY AND LAW OFFICES OF DAVID J. HOEY, P.C.,

                        By their Attorneys,

Dated: March 3, 2023                /s/ *Christine A. Knipper*
Christine A. Knipper, BBO #652638
Christine.Knipper@wilsonelser.com
John P. Liberty, BBO # 703627
John.Liberty@wilsonelser.com
Wilson Elser Moskowitz Edelman & Dicker LLP
260 Franklin Street, 14th Floor
Boston, Massachusetts  02110
(617) 422-5300

## CERTIFICATE OF SERVICE

      I, John P. Liberty, hereby certify that the foregoing document was served on counsel of record on March 3, 2023, via e-mail.

*/s/ John P. Liberty*
John P. Liberty
