UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIRA WAHLSTROM,<br><br>        Plaintiff,<br><br>v.<br><br>DAVID J. HOEY, LAW OFFICES OF DAVID J. HOEY, P.C., DON C. KEENAN, D.C. KEENAN & ASSOCIATES, P.C. d/b/a THE KEENAN LAW FIRM, P.C., AND KEENAN'S KIDS FOUNDATION, INC.,<br><br>        Defendants. | C.A. NO.  1:22-cv-10792-RGS |

**JOINT MOTION OF ALL PARTIES FOR A TEN-DAY EXTENSION OF THE DEADLINE FOR DISCLOSURE OF EXPERT REPORTS**

The parties jointly move for an order extending by ten days, from June 12 to June 22, the deadline by which they must produce their expert reports.  The parties <u>do not</u> seek to move any of the later procedural deadlines as to depositions, Daubert motions, or summary judgment motions.  In support of this Motion, the parties state that the requested extension will assist them and their experts in completing their work, and the extension will not delay resolution of the matter.

1

| | |
|---|---|
| KIRA WAHLSTROM,<br>By Her Attorneys, | DON C. KEENAN AND<br>D.C. KEENAN & ASSOCIATES, P.C.<br>d/b/a THE KEENAN LAW FIRM, P.C.,<br>By their Attorneys, |
| /s/ Bridget A. Zerner | /s/ John J. O'Connor |
| Bridget A. Zerner, Esq.<br>John J.E. Markham, II, Esq.<br>Markham Read Zerner LLC<br>Once Commercial Wharf West<br>Boston, MA  02110<br>bzerner@markhamreadzerner.com<br>jmarkham@markhamreadzerner.com | John J. O'Connor<br>BBO # 555251<br>Kristyn K. St. George<br>BBO #693787<br>PEABODY & ARNOLD, LLP<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA  02210-2261<br>Phone: (617) 951-2100<br>Fax: (617) 951-2125<br>joconnor@peabodyarnold.com<br>kstgeorge@peabodyarnold.com |
| KEENAN'S KIDS FOUNDATION, INC.,<br>By Their Attorneys, | DAVID J. HOEY, LAW OFFICES OF<br>DAVID J. HOEY, P.C,<br>By His Attorneys, |
| /s/ Danni L. Shanel | /s/ Christine Knipper |
| John Bowler, Esq.<br>William M. Taylor, Esq.<br>Danni Shanel, Esq.<br>Troutman Pepper Hamilton Sanders<br>125 High Street, 19th Floor<br>Boston, MA 02110<br>william.taylor@troutman.com<br>danni.shanel@troutman.com | Christine Knipper, Esq.<br>Thomas A. Murphy, Esq.<br>Wilson, Elser, Moskowwitz & Dicker, LLP<br>260 Franklin Street, 14th Floor<br>Boston, MA 02110<br>christine.knipper@wilsonelser.com<br>thomas.murphy@wilsonelser.com |

## CERTIFICATE OF SERVICE

I, John J. O'Connor, hereby certify that a copy of the foregoing document has been served via email on this 9th day of June, 2023 to:

Bridget A. Zerner, Esq.
John J.E. Markham, II, Esq.
Markham Read Zerner LLC
Once Commercial Wharf West
Boston, MA  02110
bzerner@markhamreadzerner.com
jmarkham@markhamreadzerner.com

Christine Knipper, Esq.
Thomas A. Murphy, Esq.
Wilson, Elser, Moskowwitz & Dicker, LLP
260 Franklin Street, 14th Floor
Boston, MA 02110
christine.knipper@wilsonelser.com
thomas.murphy@wilsonelser.com

John Bowler, Esq.
William M. Taylor, Esq.
Danni Shanel, Esq.
Troutman Pepper Hamilton Sanders
125 High Street, 19th Floor
Boston, MA 02110
william.taylor@troutman.com
danni.shanel@troutman.com

/s/ John J. O'Connor
_____
John J. O'Connor

2528024
15133-208055