UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIRA WAHLSTROM,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DAVID J. HOEY, LAW OFFICES OF DAVID J. HOEY, P.C., DON C. KEENAN, D.C. KEENAN & ASSOCIATES, P.C. d/b/a THE KEENAN LAW FIRM, P.C., AND KEENAN'S KIDS FOUNDATION, INC.,<br><br>　　　　　Defendants. | C.A. NO.  1:22-cv-10792-RGS |

**MOTION OF DEFENDANTS DON C. KEENAN AND D.C. KEENAN & ASSOCIATES, P.C. d/b/a THE KEENAN LAW FIRM, P.C. FOR SUMMARY JUDGMENT**

　　　　Pursuant to Fed. R. Civ. P. 56, the Defendants Attorney Don Keenan and D.C. Keenan & Associates, P.C. d/b/a the Keenan Law Firm, P.C. (collectively "Keenan") move for summary judgment dismissing all counts and claims against them.  In support of this Motion, Keenan states as follows:

　　　　1.　　　There is no genuine dispute as to any fact material to this Motion; and

　　　　2.　　　On the undisputed materials facts, Keenan is entitled to summary judgment as a matter of law.

　　　　For the foregoing reasons and the reasons given in the accompanying supporting memorandum, affidavit, and statement of undisputed material facts, this Motion should be granted and all counts and claims as against Keenan summarily dismissed.

1

DON C. KEENAN AND
D.C. KEENAN & ASSOCIATES, P.C.
d/b/a THE KEENAN LAW FIRM, P.C.,
By their Attorneys,

*/s/ John J. O'Connor*

John J. O'Connor
BBO # 555251
Kristyn K. St. George
BBO #693787
PEABODY & ARNOLD, LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210-2261
Phone: (617) 951-2100
Fax: (617) 951-2125
joconnor@peabodyarnold.com
kstgeorge@peabodyarnold.com

## LOCAL RULE 7.1 CERTIFICATION

I, John J. O'Connor, attest and certify that the parties conferred in compliance with Local Rule 7.1 prior to the filing of this Motion.

*/s/ John J. O'Connor*

John J. O'Connor

## CERTIFICATE OF SERVICE

I, John J. O'Connor, hereby certify that a copy of the foregoing document has been served via ECF on this 14th day of August, 2023 to:

Bridget A. Zerner, Esq.
John J.E. Markham, II, Esq.
Markham Read Zerner LLC
Once Commercial Wharf West
Boston, MA  02110
bzerner@markhamreadzerner.com
jmarkham@markhamreadzerner.com

John Bowler, Esq.
William M. Taylor, Esq.
Danni Shanel, Esq.
Troutman Pepper Hamilton Sanders
125 High Street, 19th Floor
Boston, MA 02110
william.taylor@troutman.com
danni.shanel@troutman.com

Christine Knipper, Esq.
Wilson, Elser, Moskowitz & Dicker, LLP 260
Franklin Street, 14th Floor
Boston, MA 02110
christine.knipper@wilsonelser.com

　

／s／ John J. O'Connor
John J. O'Connor

2557097
15133-208055