# Exhibit G

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION - BOSTON)
Civil No: 1:22-cv-10792-RGS

KIRA WAHLSTROM,            )
    Plaintiff,         )
                           )
-against-                  )
                           )
                           )
DAVID J. HOEY, LAW OFFICES OF   )
DAVID J. HOEY, P.C., DON C.     )
KEENAN, D.C. KEENAN & ASSOCIATES,)
P.C., d/b/a THE KEENAN LAW FIRM, )
P.C., and KEENAN'S KIDS          )
FOUNDATION, INC.,                )

ZOOM DEPOSITION OF CHARLES KAZARIAN, a witness called on behalf of the Plaintiff, taken pursuant to the provisions of the Massachusetts Rules of Civil Procedure, before Julie B. Starr, a Registered Professional Reporter and Notary Public in and for the Commonwealth of Massachusetts on July 12, 2023, commencing at 9:05 a.m.

COPLEY COURT REPORTING, INC.
The Mercantile Building
71 Commercial St., Suite 700
Boston, Massachusetts 02109
Tel: 617-423-5841

APPEARANCES:

FOR THE PLAINTIFF:
    MARKHAM READ ZERNER, LLC
    BY: Bridget A. Zerner, Esq.
    11A Commercial Wharf West
    Boston, Massachusetts 02110
    bzerner@markhamreadzerner


FOR THE DEFENDANT: (Hoey)
    WILSON ELSER MOSKOWITZ EDELMAN & DICKER
    BY: Christine A. Knipper, Esq.
    260 Franklin Street, 14th Floor
    Boston, Massachusetts 02110
    christine.knipper@wilsonelser.com


FOR THE DEFENDANT: (Don Keenan)
    PEABODY & ARNOLD, LLP
    BY: John J. O'Connor, Esq.
    Federal Reserve Plaza
    600 Atlantic Avenue
    Boston, Massachusetts 02210
    joconnor@peabodyarnold.com


FOR THE DEFENDANT: (Keenan's Kids)
    TROUTMAN PEPPER HAMILTON SANDERS
    BY: Danni Shanel, Esq.
    125 High Street, 19th Floor
    Boston, Massachusetts 02114
    danni.shanel@troutman.com


Also Present: David Hoey, Esq.

## I N D E X

| Witness | Direct | Cross | Redirect | Recross |
|---|---|---|---|---|
| CHARLES KAZARIAN | | | | |
| (By Ms. Zerner) | 4 | | 146 | |
| (By Mr. O'Connor) | | 145 | | |

## E X H I B I T S

| No. | Page | Description |
|---|---|---|
| 1 | 5 | Disclosure/Report/CV |
| 2 | 45 | Contract |
| 3 | 75 | Fee Agreement |

**P R O C E E D I N G S**

Mr. Charles Kazarian, of lawful age, being first properly and satisfactorily identified by the production of driver's license, and duly sworn by a Notary Public to tell the truth, the whole truth, and nothing but the truth, deposes and says as follows in answer to direct interrogatories by Attorney Zerner:

\* \* \* \* \* \* \* \*   09:05:35AM

Q. Good morning, Mr. Kazarian. How are you?

A. Good morning. Are you Ms. Zerner?

Q. I am.

A. Okay. Good morning.   09:05:41AM

Q. So if we could -- let me ask, do you have your report for this matter or the full expert disclosure that was served in this matter?

A. I have it. I have it with me.   09:05:51AM

Q. Maybe, and I don't know if we'll need to put it up on the screen as long as everyone has it. That's mainly what we'll be going through today.

|   |   |   |
|---|---|---|
| 1 | given the issues of who filed what appeal and | |
| 2 | what did Keenan say about it and what | |
| 3 | involvement did Keenan have, that's all between | |
| 4 | Keenan and Ms. Wahlstrom and the fact-finder in | |
| 5 | this case. | 12:36:20PM |
| 6 | Q. And I was just looking, because I | |
| 7 | thought I got the word defer from your report. | |
| 8 | A. Poor choice of words for which I | |
| 9 | apologize. | |
| 10 | Q. Okay. But I guess again, trying to | 12:36:34PM |
| 11 | figure out if there's any scenario where Hoey | |
| 12 | would have a duty to Kira to intervene with | |
| 13 | respect to the contract terms between Keenan | |
| 14 | and Kira? | |
| 15 | A. I can't think of any. | 12:36:58PM |
| 16 | Q. And I guess -- oh, one more question. | |
| 17 | Mr. Kazarian, did you recently refer a case to | |
| 18 | me? | |
| 19 | A. I did. | |
| 20 | Q. Okay. I don't think -- I don't have | 12:37:30PM |
| 21 | any further questions right now. I think | |
| 22 | there's maybe some questions from other | |
| 23 | counsel. Thank you for your time. | |
| 24 | MR. O'CONNOR: Can I just go with a | |

```
 1    couple of quick ones?
 2              THE WITNESS:  For two or
 3    three hours, Jack?
 4              (Laughter.)
 5              MR. O'CONNOR:  Based on the last          12:37:54PM
 6    five minutes I was able to whittle mine down a
 7    bit.  So just give me one or two, Chuck.
 8    CROSS EXAMINATION
 9    BY MR. O'CONNOR:
10        Q.    In your experience are 40 percent        12:38:03PM
11    contingency fees common in Massachusetts?
12        A.    On garden variety cases, no.  On much
13    larger, more involved cases, they are somewhat
14    common.
15        Q.    You've seen them before a number of      12:38:21PM
16    times, haven't you?
17        A.    Absolutely.
18        Q.    And is it also accurate to say that
19    contingent fee agreements that contain -- I'll
20    call them escalator provisions -- that provide     12:38:33PM
21    for a higher contingency depending on, for
22    example, the existence of an appeal; those are
23    common as well?
24        A.    Quite so.
```

**COPLEY COURT REPORTING, INC.**