# Exhibit H



STATE OF GEORGIA
COUNTY OF FULTON

## CONTRACT FOR LEGAL REPRESENTATION
### (Co-counsel Contingent Fee Agreement)

DAVID J. HOEY and THE LAW OFFICE OF DAVID J. HOEY, P.C. ("ATTORNEY") North Reading, MA, do hereby retain and employ DON C. KEENAN and THE KEENAN LAW FIRM, P.C. Atlanta, Georgia to represent us with regard to the following matter: **Kira Wahlstrom v. Carlson Hotels, et. al.** Suffolk County Superior Court Case No. 2010-01022-G

ATTORNEY has entered into an attorney client contingency fee contract in the above matter receiving 33.3% of all sums recovered. (See attached exhibit "A")

For and in consideration of the services to be rendered as described below, ATTORNEY agrees to pay THE KEENAN LAW FIRM the following fees and incurred expenses:

### FEES

1. Thirty percent (30%) of all attorneys' fees received by ATTORNEY for consulting services through the trial. Services to be performed will include early focus groups, assistance in the rules, codes, bumper sticker, input on witness preparation and deposition hit list, input on ADR strategy and consultation throughout trial including guidance on opening statements, voir dire, direct examination of witnesses to include medical and expert witnesses at trial, preparation of client and witnesses for deposition and trial, closing arguments, and demonstrative evidence. Attendance at case workshops within the Reptile litigation groups is included and required. Attendance at Reptile seminars at no charge is also included.
2. Fifty percent (40%) of all attorney's fees received by ATTORNEY if Don Keenan and/or other counsel employed by The Keenan Law Firm enter the case as an attorney of record. Entry into the case as a counsel of record will be at the discretion of Keenan and his role at trial will be his discretion as well. The trial or mediation will also be at his discretion.

### LOCAL LEGAL SERVICES

ATTORNEY agrees to be responsible for any local and/or state legal issues and conformance with all local court rules and procedures. In the event the client's written consent to this agreement is required under the state Rules of Professional Responsibility or similar authority governing the sharing of legal fees, ATTORNEY shall be responsible for obtaining such written consent of the client and will provide a copy of the same to The Keenan Law Firm.

### DISBURSEMENT OF FEES

ATTORNEY agrees that in the event there are any private or government liens that those funds will be escrowed in their entirety and negotiated however the referral fee will be paid within ten days of the gross settlement check being deposited and cleared from the bank.

### EXPENSES

ATTORNEY is obligated to pay for all costs and expenses incurred in regards to the above styled case. The Keenan Law firm will pay out of pocket any travel expenses for Don Keenan and any other employees of The Keenan Law Firm, with those cost to be reimbursed at time of disbursement from the

___

DCJC
LSM pG13

___
TKLF

_DH_
___
DJH

2/24/13
___
DATE

Page 1 of 2

proceeds of any recovery in the case pursuant to the preceding paragraph.

<u>PARTIAL SETTLEMENT</u>

In the event there is a partial settlement, that is a settlement with one defendant, ATTORNEY will disburse to The Keenan Law Firm the fee and expenses earned to date on such partial settlement as outlined above.

<u>DISPUTE</u>

Any and all disputes which may arise from this agreement The Keenan Law Firm shall, at its discretion, file an attorney's lien per Massachusetts General Laws chapter 221 section 50. The parties agree to complete confidentiality of all matters above to include the existence of this agreement.

Employment accepted on the basis of the above outline, this the ⟨24⟩ day of ⟨Feb⟩ ⟨2013⟩.

THE LAW OFFICE OF DAVID J. HOEY, P.C.

By:_____

INDIVIDUALLY AND FOR THE LAW OFFICE OF DAVID J. HOEY, P.C.

THE KEENAN LAW FIRM, P.C.

By:_____

INDIVIDUALLY AND FOR THE KEENAN LAW FIRM, P.C.

KEENAN 08659

<u>MASSACHUSETTS CONTINGENT FEE AGREEMENT</u>
<u>(TO BE EXECUTED IN DUPLICATE)</u>

<u>Date: February 2, 2010</u>

<u>The Client:</u>

| Kira Wahlstrom | 1 Whittier Place | Haverhill, MA 01832 |
|---|---|---|
| (Name) | (Street and Number) | (City or town) |

retains as "Attorney" the Law Offices of David J. Hoey, P.C. with an address of 352 Park St, Suite 105, North Reading MA 01864 and Austin S. O'Toole, Esquire with an address of 18 Tremont Street, Suite 1010, Boston, MA 02108 to perform the legal services referred to in Paragraph (1) below. The Attorney agrees to perform them faithfully and with due diligence.

(1)     The claim, controversy, and other matters with reference to which the services are to be performed are: *premises liability and injuries received on or about May 1, 2009 in the Radisson parking garage*

(2)     The fee is to be paid only upon recovery.

(3)     The Client is not to be liable to pay compensation otherwise than from amounts collected for (him) / (her) by the Attorney except as follows: none.

(4)     Reasonable compensation on the foregoing contingency is to be paid by the Client to the Attorney, but such compensation including that of any associated counsel shall be the following percentage of the gross amount collected for the client.

         33.3%  of the gross amount recovered;

(5)     The Client is to be liable to the attorney for his reasonable expenses and disbursements **only** if there is a favorable disposition of the legal matter. In the event of a favorable disposition, expenses and disbursements will be deducted after the contingent fee is calculated. The Client acknowledges and agrees that the attorney may borrow funds from time to time to pay certain of the costs associated with pursuing and litigating the case and agree that, in addition to reimbursing the attorney for the amount of such costs, the client also will reimburse the attorney for any interest charges and related expenses the attorney incurs in connection with such borrowings.

The client acknowledges the following with respect to (his) (her) legal representation by the Attorney:

KEENAN 08660

a) It is understood and agreed by the Client that the Client has been referred to and that any fee to be paid pursuant to a matter referred to in Paragraph (1), above, is to be divided in part with AUSTIN S. O'TOOLE, ESQUIRE, pursuant to the applicable provisions of the Code of Professional Responsibility as the same is in force in Massachusetts as Rule 3:08 of the Supreme Judicial Court.

b) AUSTIN S. O'TOOLE, ESQUIRE will receive periodic reports from the Attorney concerning the progress and disposition of the matter referred to in Paragraph (1) above. However, representation of the Client is to be undertaken by the Attorney and not the firm of AUSTIN S. O'TOOLE, ESQUIRE, personally. All questions, comments, inquiries and correspondence and the like concerning the legal matter which is the subject of this Agreement is to be directed to the Attorney and not to AUSTIN S. O'TOOLE, ESQUIRE, personally.

(6)     In the event that the Law Offices of David J. Hoey, P.C. makes a recommendation regarding the pursuit of the claim including that a claim not be pursued or that the claim should be settled or that the claim may be dismissed and the Client refuses to accept the recommendation by the Law Offices of David J. Hoey, P.C., the Client agrees to pay all costs and expenses as incurred from that time forward, payable in advance. If the client fails or refuses to pay any such costs or expenses, the Client agrees that the Law Offices of David J. Hoey, P.C. may, at its option, withdraw from representation if permitted by the court to dismiss the claim.

(7)     This fee agreement applies to all services rendered in pursing the above referenced claim, but not to matters ancillary to the above claims, such as probate court proceedings, guardianships and trusts or estate services, resolutions of Medicare liens and Medicaid claims.

a) We understand that current law and regulations regarding Medicare, Medicaid or private health insurance plans (healthcare providers) may require all parties involved in this matter (client, law firm defendant, and any insurance companies) to compromise, settle, or execute a release of healthcare providers' separate claim for reimbursement / lien for past and future payments prior to distributing any verdict or settlement proceeds. We agree that the law firm may take all steps in this matter deemed advisable for the handling of our claim, including hiring separate experts / case workers who assist with resolving any healthcare providers' reimbursement claims or liens for past and / or future injury-related medical care. The expense of any such service shall be treated as a case expense and deducted from our net recovery and shall not be paid out of the law firm's contingent fee in this matter.

KEENAN 08661

This agreement and its performance are subject to Rule 1.5 of the Rules of Professional Conduct adopted by the Massachusetts Supreme Judicial Court.

**WE HAVE EACH READ AND AGREED THE ABOVE AGREEMENT BEFORE SIGNING IT. EACH PARTY HERETO ACKNOWLEDGES RECEIPT OF AN EXECUTED DUPLICATE OF THIS AGREEMENT.**

Signatures

X _Kira Wahlstrom_
Client (Print)

_David Hoey_
Attorney (Print)

X _____
(Signature of Client)

_David Hoey_
(Signature of Attorney)

KEENAN 08662



LAW OFFICES OF DAVID J. HOEY, P.C.

David J. Hoey*
Nicole R. G. Paquin*
Dale B. Andrews*
Richard T. Bromby *of counsel*
*also admitted in New Hampshire

352 Park Street, Suite 105
North Reading, MA 01864
P: (978) 664-3633
F: (978) 664-3643
www.hoeylaw.com
dhoey@hoeylaw.com

February 24, 2013

CONFIDENTIAL / PRIVATE

Don C. Keenan, Esq.
c/o William Entrekin
THE KEENAN LAW FIRM, PC
The Keenan Building
148 Nassau Street, NW
Atlanta, GA 30303

Re:     **Co-Counsel Agreement**
        **Kira Wahlatrom v. Carlson Hotels, et. al.**
        **Civil Action No. 2010-01022-G**

Dear Don / William:

Enclosed please fine executed (revised) CONTRACT FOR LEGAL REPRESENTATION (co-counsel contingent fee agreement) for the above referenced matter.

Thank you.

Very truly yours,

DAVID J. HOEY

Enc.

KEENAN 08663