# Exhibit I

| | |
|---|---|
| **From:** | David Hoey </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=78C5C2D2D35A48329EE51C1EE28C37A8-DHOEY> |
| **Sent:** | Sunday, March 29, 2020 2:53 PM |
| **To:** | 'kira wahlstrom (kirawahlstrom@live.com)' |
| **Subject:** | CONFIDENTIAL COMMUNICATION ATTORNET CLIENT |
| **Attach:** | Wahlstrom expenses final.xlsx |

Kira- here is Excel accounting sheet.

If you have any questions or dispute any of the expenses please let me know.

If you approve of the expenses and distribution please indicate so by signing at the bottom of the excel sheet.

If you need me to mail it to you I can do that as well.

We are actively pursuing fees and costs against Sobczak associated with his frivolous lien.

Patty expenses continue to go up because JPA are still fighting the Judgment. As you know that hearing is set for April 21 at 10:00AM

Talk soon.

David.

David J. Hoey, Esq.
Law Office of David J. Hoey, P.C.
352 Park Street, Suite 105
North Reading, MA 01864
p: 978-664-3633 | f: 978-664-3643
dhoey@hoeylaw.com
www.hoeylaw.com

NOTICE REGARDING PRIVILEGED/CONFIDENTIAL COMMUNICATION

*The information contained in this electronic message, including any attachments, is intended solely for the use of the individual or entity named as addressee above and is protected by the law from discovery. The contents of this message may contain information that is confidential, protected by the attorney-client privilege, work product doctrine, joint defense privileges, and/or other applicable protections from disclosure. If you, as the reader, are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any use, dissemination, distribution, reproduction, forwarding, or copying of this communication, and any attachments thereto, is strictly prohibited. If you have received this communication in error or no longer have privileges thereto, please immediately notify The Law Offices of David J. Hoey at 978-664-3633 or by return e-mail, and permanently delete the original and any copy of this e-mail message and any printout thereof. Please do not review or take any action other than contacting me. Further, we believe that this email and any attachment are free of any virus or other defect that might affect any computer system into which it is received and opened, but it is your responsibility to ensure that it is virus free and neither I nor The Law Office of David J. Hoey, P.C. bears any responsibility for any loss or damage arising in any way from its use. Nothing in this email is intended to or shall constitute an "electronic signature", unless there is a specific statement in this e-mail to that effect. Thank you.*



EXHIBIT 1V

6

wahlstrom 1-31-3

LDH 0042116

<u>Walhstrom v. JPA, etc.</u>

Case Expenses

| | |
|---|---|
| Filing Fees | $584.20 |
| Postage | $3,030.36 |
| Advocate Capital | $238,839.29 |
| Deposition Transc. | $12,671.85 |
| Travel/Parking/Tolls/Uber | $15,491.45 |
| Ann Burgess, RNC | $14,250.00 |
| Public Documents | $883.20 |
| Patty DeJuneas, Esq. | $197,091.52 |
| Robert Cordy, Esq. | $16,000.00 |
| Hotel | $13,683.94 |
| Atlas Safety and Security | $32,729.93 |
| The Hotel Experts | $6,118.75 |
| Photocopies | $9,964.60 |
| Greystone Investigations | $17,108.61 |
| Trial Transcripts | $47,002.00 |
| Process Server | $2,930.50 |
| Medical Records | $615.36 |
| Amy Goganian, Esq. | $41,231.72 |
| Expert Intel Reports | $4,450.00 |
| Focus Groups | $1,655.09 |
| Richard Goran, Esq. | $20,824.00 |
| MCLE | $752.02 |
| Tom Mullen, Esq. | $2,000.00 |
| Office Supplies, etc. | $1,992.87 |
| James Bolan, Esq. | $8,432.39 |
| Spotters at Trial | $242.25 |
| Dropbox | $99.00 |
| Lewis Brisois Bisgaard Smith | $561.24 |
| Win Interactive | $106,379.79 |
| Sage Loan | $153,330.00 |

LDH 0042117

| | |
|---|---|
| Sheriff | $268.50 |
| Marguerita Reczycki | $5,036.50 |
| Advanced Photo | $309.75 |
| Book/ Manuals | $178.81 |
| John Vail, Esq. | $2,655.00 |
| Catherine Giordano, Esq. | $1,316.00 |
| Mediator | $1,600.00 |
| Pro Hac Fees | $602.00 |
| National Crime Victims | $275.00 |
| Speak Write | $1,636.05 |
| AMEX Misc. | $1,151.96 |
| Video Electronics | $103.00 |
| Dunn and Bradstreet | $103.69 |
| That's Great News | $623.70 |
| Paris Marketing | $600.00 |
| | |
| Keenan Law Firm | $34,853.88 |
| Kira Wahlstrom | $4,857,000.00 |
| Attorney Fee | $4,025,036.50 |
| | |
| | **$9,904,296.27** |
| | |
| | $9,987,683.80 |
| | ($9,904,296.27) |
| | $83,387.53 |

LDH 0042118

Opened 6/7/2010 - present

This is the lender for the majority, but not all, of the litigation expenses.

The appeal and subsequent Judgment motions
The appeal Consultant

Plaintiff Crimininalogist expert
Experts against Radisson (Judge Wilson let Radisson out of the case)

Private Investigator. Went to prison with me to interview The Asshole

This is who we hired to fight the Sobczak lien.
Defense experts background search

This is who we hired to fight Intellectual Property, Patent, Trademark infringment and confidentiality

Your Estate Plan

This was Ethics counsel who consulted regarding Wilson, Sobczak, the Appeal and other areas of concern.

Related to Sobczak and complaint to the Board
Annimation, courtroom IT services and other demonstrative evidence
loan

LDH 0042119

Constitutional Law attorney
Research and writing attorney

Media
Media

Keenan's firm's out of pocket expenses
Includes the $2,000.00 and $5,000.00 advanced and the $4,850,000.00 to New England Investments
Not yet paid

Wired from Zurich

Remaining

LDH 0042120



**Walhstrom v. JPA, etc.**                     Opened 6/7/2010 - present

Case Expenses

| | | |
|---|---|---|
| Filing Fees | $584.20 | |
| Postage | $3,030.36 | |
| Advocate Capital | $238,839.29 | This is the lender for the majority, but not all, of the litigation expenses. |
| Deposition Transc. | $12,671.85 | |
| Travel/Parking/Tolls/Uber | $15,491.45 | |
| Ann Burgess, RNC | $14,250.00 | |
| Public Documents | $883.20 | |
| Patty DeJuneas, Esq. | $197,091.52 | The appeal and subsequent Judgment motions |
| Robert Cordy, Esq. | $16,000.00 | The appeal Consultant |
| Hotel | $13,683.94 | |
| Atlas Safety and Security | $32,729.93 | Plaintiff Crimininalogist expert |
| The Hotel Experts | $6,118.75 | Experts against Radisson (Judge Wilson let Radisson out of the case) |
| Photocopies | $9,964.60 | |
| Greystone Investigations | $17,108.61 | Private Investigator. Went to prison with me to interview The Asshole |
| Trial Transcripts | $47,002.00 | |
| Process Server | $2,930.50 | |
| Medical Records | $615.36 | |
| Amy Goganian, Esq. | $41,231.72 | This is who we hired to fight the Sobczak lien. |
| Expert Intel Reports | $4,450.00 | Defense experts background search |
| Focus Groups | $1,655.09 | |
| Richard Goran, Esq. | $20,824.00 | This is who we hired to fight Intellectual Property, Patent, Trademark infrignment and confiden |
| MCLE | $752.02 | |
| Tom Mullen, Esq. | $2,000.00 | Your Estate Plan |
| Office Supplies, etc. | $1,992.87 | |
| James Bolan, Esq. | $8,432.39 | This was Ethics counsel who consulted regarding Wilson, Sobczak, the Appeal and other areas c |
| Spotters at Trial | $242.25 | |
| Dropbox | $99.00 | |
| Lewis Brisois Bisgaard Smith | $561.24 | Related to Sobczak and complaint to the Board |
| Win Interactive | $106,379.79 | Annimation, courtroom IT services and other demonstrative evidence |
| Sage Loan | $153,330.00 | loan |

**KW00118**

| | | |
|---|---|---|
| Sheriff | $268.50 | |
| Marguerita Reczycki | $5,036.50 | |
| Advanced Photo | $309.75 | |
| Book/ Manuals | $178.81 | |
| John Vail, Esq. | $2,655.00 | Constitutional Law attorney |
| Catherine Giordano, Esq. | $1,316.00 | Research and writing attorney |
| Mediator | $1,600.00 | |
| Pro Hac Fees | $602.00 | |
| National Crime Victims | $275.00 | |
| Speak Write | $1,636.05 | |
| AMEX Misc. | $1,151.96 | |
| Video Electronics | $103.00 | |
| Dunn and Bradstreet | $103.69 | |
| That's Great News | $623.70 | Media |
| Paris Marketing | $600.00 | Media |
| | | |
| Keenan Law Firm | $34,853.88 | Keenan's firm's out of pocket expenses |
| Kira Wahlstrom | $4,857,000.00 | Includes the $2,000.00 and $5,000.00 advanced and the $4,850,000.00 to New England Investn |
| Attorney Fee | $4,025,036.50 | Not yet paid |

**$9,904,296.27**

$9,987,683.80   Wired from Zurich
($9,904,296.27)
$83,387.53   Remaining

**KW00119**