# Exhibit J

| From: | David Hoey </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=78C5C2D2D35A48329EE51C1EE28C37A8-DHOEY> |
|---|---|
| Sent: | Monday, March 30, 2020 12:09 PM |
| To: | 'kira wahlstrom' <kirawahlstrom@live.com> |
| Subject: | RE: CONFIDENTIAL COMMUNICATION ATTORNET CLIENT |

thanks

**From:** kira wahlstrom <kirawahlstrom@live.com>
**Sent:** Monday, March 30, 2020 12:05 PM
**To:** David Hoey <dhoey@hoeylaw.com>
**Subject:** Re: CONFIDENTIAL COMMUNICATION ATTORNET CLIENT
Oh i could use an outing ill come by this week

Get Outlook for Android

**From:** David Hoey <dhoey@hoeylaw.com>
**Sent:** Monday, March 30, 2020 12:00:05 PM
**To:** 'kira wahlstrom' <kirawahlstrom@live.com>
**Subject:** RE: CONFIDENTIAL COMMUNICATION ATTORNET CLIENT
Ok. Thank you.
Can you sign off on it from your location or should I send you a hard copy for signature?
Or, you can always stop by the office. I'm the only one here.

**From:** kira wahlstrom <kirawahlstrom@live.com>
**Sent:** Monday, March 30, 2020 11:42 AM
**To:** David Hoey <dhoey@hoeylaw.com>
**Subject:** Re: CONFIDENTIAL COMMUNICATION ATTORNET CLIENT
Happy Monday!
I dont think i really have any questions about this.

Get Outlook for Android

**From:** David Hoey <dhoey@hoeylaw.com>
**Sent:** Sunday, March 29, 2020 2:52:40 PM
**To:** 'kira wahlstrom (kirawahlstrom@live.com)' <kirawahlstrom@live.com>
**Subject:** CONFIDENTIAL COMMUNICATION ATTORNET CLIENT
Kira- here is Excel accounting sheet.
If you have any questions or dispute any of the expenses please let me know.
If you approve of the expenses and distribution please indicate so by signing at the bottom of the excel sheet.
If you need me to mail it to you I can do that as well.
We are actively pursuing fees and costs against Sobczak associated with his frivolous lien.
Patty expenses continue to go up because JPA are still fighting the Judgment. As you know that hearing is set for April 21
at 10:00AM
Talk soon.
David.
David J. Hoey, Esq.
Law Office of David J. Hoey, P.C.
352 Park Street, Suite 105
North Reading, MA 01864
**p:** 978-664-3633 | **f:** 978-664-3643
dhoey@hoeylaw.com
www.hoeylaw.com
NOTICE REGARDING PRIVILEGED/CONFIDENTIAL COMMUNICATION



EXHIBIT 3V

7

Wahlstrom 1-31-22

LDH 0042071

*The information contained in this electronic message, including any attachments, is intended solely for the use of the individual or entity named as addressee above and is protected by the law from discovery. The contents of this message may contain information that is confidential, protected by the attorney-client privilege, work product doctrine, joint defense privileges, and/or other applicable protections from disclosure. If you, as the reader, are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any use, dissemination, distribution, reproduction, forwarding, or copying of this communication, and any attachments thereto, is strictly prohibited. If you have received this communication in error or no longer have privileges thereto, please immediately notify The Law Offices of David J. Hoey at 978-664-3633 or by return e-mail, and permanently delete the original and any copy of this e-mail message and any printout thereof. Please do not review or take any action other than contacting me. Further, we believe that this email and any attachment are free of any virus or other defect that might affect any computer system into which it is received and opened, but it is your responsibility to ensure that it is virus free and neither I nor The Law Office of David J, Hoey, P.C. bears any responsibility for any loss or damage arising in any way from its use. Nothing in this email is intended to or shall constitute an "electronic signature", unless there is a specific statement in this e-mail to that effect. Thank you.*

LDH 0042072

| | |
|---|---|
| **From:** | David Hoey </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=78C5C2D2D35A48329EE51C1EE28C37A8-DHOEY> |
| **Sent:** | Sunday, March 29, 2020 2:53 PM |
| **To:** | 'kira wahlstrom (kirawahlstrom@live.com)' |
| **Subject:** | CONFIDENTIAL COMMUNICATION ATTORNET CLIENT |
| **Attach:** | Wahlstrom expenses final.xlsx |

Kira- here is Excel accounting sheet.

If you have any questions or dispute any of the expenses please let me know.

If you approve of the expenses and distribution please indicate so by signing at the bottom of the excel sheet.

If you need me to mail it to you I can do that as well.

We are actively pursuing fees and costs against Sobczak associated with his frivolous lien.

Patty expenses continue to go up because JPA are still fighting the Judgment. As you know that hearing is set for April 21 at 10:00AM

Talk soon.

David.

David J. Hoey, Esq.
Law Office of David J. Hoey, P.C.
352 Park Street, Suite 105
North Reading, MA 01864
p: 978-664-3633 | f: 978-664-3643
dhoey@hoeylaw.com
www.hoeylaw.com

NOTICE REGARDING PRIVILEGED/CONFIDENTIAL COMMUNICATION

*The information contained in this electronic message, including any attachments, is intended solely for the use of the individual or entity named as addressee above and is protected by the law from discovery. The contents of this message may contain information that is confidential, protected by the attorney-client privilege, work product doctrine, joint defense privileges, and/or other applicable protections from disclosure. If you, as the reader, are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any use, dissemination, distribution, reproduction, forwarding, or copying of this communication, and any attachments thereto, is strictly prohibited. If you have received this communication in error or no longer have privileges thereto, please immediately notify The Law Offices of David J. Hoey at 978-664-3633 or by return e-mail, and permanently delete the original and any copy of this e-mail message and any printout thereof. Please do not review or take any action other than contacting me. Further, we believe that this email and any attachment are free of any virus or other defect that might affect any computer system into which it is received and opened, but it is your responsibility to ensure that it is virus free and neither I nor The Law Office of David J. Hoey, P.C. bears any responsibility for any loss or damage arising in any way from its use. Nothing in this email is intended to or shall constitute an "electronic signature", unless there is a specific statement in this e-mail to that effect. Thank you.*