IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIRA WAHLSTROM,<br><br>　　　　　　　　　　　Plaintiff,<br><br>-against-<br><br>DAVID J. HOEY, LAW OFFICES OF DAVID J. HOEY, P.C., DON C. KEENAN, D.C. KEENAN & ASSOCIATES, P.C. D/B/A THE KEENAN LAW FIRM, P.C., AND KEENAN'S KIDS FOUNDATION, INC.<br><br>　　　　　　　　　　　Defendants | Civil Case No. 1:22-cv-10792-RGS |

**STIPULATION OF DISMISSAL WITH PREJUDICE OF
DEFENDANT KEENAN'S KIDS FOUNDATION, INC.**

Pursuant to Rule 41(a)(A)(ii), Plaintiff Kira Wahlstrom and Defendants David J. Hoey, Law Offices of David J. Hoey, P.C., Don C. Keenan, D.C. Keenan and Associates P.C. d/b/a The Keenan Law Firm P.C. and Keenan's Kids Foundation, Inc. file this stipulation of voluntary dismissal with prejudice of Defendant Keenan's Kids Foundation, Inc.

Plaintiff asserted two claims against Keenan's Kids Foundation, Inc. in her First Amended Complaint (Dkt. No. 11): conversion (Count IV) and money had and received (Count VI). The conversion claim has been dismissed with prejudice pursuant to the Court's order on the parties' motions for summary judgment (Order at Dkt. No. 115) and Plaintiff previously indicated that she was not pursuing the claim for money had and received and hereby seeks to dismiss that claim. Thus, no further claims remain and the parties stipulate to dismissal with prejudice of Defendant Keenan's Kids Foundation, Inc.

Stipulated and agreed to by counsel on behalf of all parties this 10th of November, 2023.

| | |
|---|---|
| On behalf of Plaintiff<br>Kira Wahlstrom | On behalf of Defendant Don C. Keenan and D.C. Keenan and Associates P.C. d/b/a The Keenan Law Firm P.C. |
| */s/ Bridget A. Zerner*<br>Bridget A. Zerner, BBO #669468<br>John J.E. Markham, II, BBO #638579<br>MARKHAM READ ZERNER LLC<br>11A Commercial Wharf West<br>Boston, Massachusetts 02110<br>Tel: (617) 523-6329<br>Fax:(617) 742-8604<br>bzerner@markhamreadzerner.com<br>jmarkham@markhamreadzerner.com | */s/ John J. O'Connor*<br>John J. O'Connor, BBO # 555251<br>Susan M. Silva, BBO # 694176<br>Peabody & Arnold LLP<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA 02210-2261<br>Phone: (617) 951-2100<br>joconnor@peabodyarnold.com<br>ssilva@peabodyarnold.com |
| On behalf of Defendants David J. Hoey and Law Offices of David J. Hoey | On behalf of Defendant Keenan's Kids Foundation |
| */s/ Christine A. Knipper*<br>Christine A. Knipper, BBO # 652638<br>John P. Liberty, BBO # 703627<br>Wilson Elser Moskowitz Edelman & Dicker<br>260 Franklin Street, 14th Floor<br>Boston, Massachusetts 02110<br>Tel: 617.422.5300<br>christine.knipper@wilsonelser.com;<br>john.liberty@wilsonelser.com | */s/ William Taylor*<br>William M. Taylor, Bar No. 624981<br>Danni Shanel, Bar No. 710378<br>John M. Bowler, Pro Hac Vice<br>Troutman Pepper Hamilton Sanders<br>125 High Street, 19th Floor<br>Boston, MA 02114<br>Telephone: (617) 204-5100<br>john.bowler@troutman.com<br>william.taylor@troutman.com<br>danni.shanel@troutman.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2023 this document was served by electronic delivery through the CM/ECF system on the registered participants as identified on the Notice of Electronic Filing, which will forward copies to Counsel of Record.

*/s/ Bridget A. Zerner*
Bridget A. Zerner