UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Kira Wahlstrom
          Plaintiff(s)

V.

Hoey et al
          Defendant(s)

CIVIL ACTION

NO. 1:22-10792-RGS

**REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE Stearns

☐ The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

☑ On 12/13/23 and 12/14/23 I held the following ADR proceeding:

☐ SCREENING CONFERENCE          ☐ EARLY NEUTRAL EVALUATION
☑ MEDIATION                     ☐ SUMMARY BENCH / JURY TRIAL
☐ MINI-TRIAL                    ☐ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]

The parties were ☑ /were not ☐   present in person or by authorized corporate officer [except _____].

The case was:

☑ Settled. Your clerk should enter a __60__ day order of dismissal.

☐ There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

☐ Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

☐ Suggested strategy to facilitate settlement:

12/14/23
DATE

/s/ Maria Simeone
Deputy Clerk

(ADRReportforpdf.wpd  - 4/12/2000)