UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Kira Wahlstrom

    Plaintiff

    v.                         CIVIL ACTION NO. 1:22-10792-RGS

David J. Hoey, et al.

    Defendants

## SETTLEMENT ORDER OF DISMISSAL

STEARNS, D.J.

The court having been advised on December 14, 2023, that the above-entitled action has settled:

It is ORDERED that this action is hereby dismissed, without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within (60) days if settlement is not consummated.

By the court,

Dated: December 15, 2023                                  /s/ Arnold Pacho
                                                                         Deputy Clerk