UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIRA WAHLSTROM,<br><br>        Plaintiff,<br><br>v.<br><br>DAVID J. HOEY, LAW OFFICES OF DAVID J. HOEY, P.C., DON C. KEENAN, D.C. KEENAN & ASSOCIATES, P.C. d/b/a THE KEENAN LAW FIRM, P.C., AND KEENAN'S KIDS FOUNDATION, INC.,<br><br>        Defendants. | C.A. NO. 1:22-cv-10792-RGS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate to the dismissal of all claims with prejudice, without attorneys' fees or costs, and with all rights of appeal waived.

| PLAINTIFF, | DEFENDANTS, |
|---|---|
| KIRA WAHLSTROM, | DAVID J. HOEY AND |
| | LAW OFFICES OF DAVID J. HOEY, P.C., |
| By her attorneys, | By their Attorneys, |
| | |
| */s/ Bridget A. Zerner* | */s/ Christine A. Knipper* |
| Bridget A. Zerner, BBO #669468 | Christine A. Knipper, BBO #652638 |
| John J.E. Markham, II, BBO #638579 | Christine.Knipper@wilsonelser.com |
| Markham Read Zerner, LLC | Dennis M. Maher, BBO #703655 |
| 11A Commercial Wharf West | Dennis.Maher@wilsonelser.com |
| Boston, MA 02110 | Wilson Elser Moskowitz Edelman & |
| T: (617) 523-6329 | Dicker LLP |
| bzerner@markhamreadzerner.com | 260 Franklin Street, 14th Floor |
| jmarkham@markhamreadzerner.com | Boston, MA 02110 |
| | T: (617) 422-5300 |

| | |
|---|---|
| DEFENDANTS,<br>KEENAN'S KIDS<br>FOUNDATION, INC., | DEFENDANTS,<br>DON C. KEENAN AND<br>D.C. KEENAN & ASSOCIATES, P.C.<br>d/b/a THE KEENAN LAW FIRM, P.C., |
| By its Attorneys, | By their Attorneys, |
| */s/ William M. Taylor*<br>William M. Taylor<br>BBO # 624981<br>Danni Shanel<br>BBO # 710378<br>Troutman Pepper Hamilton Sanders<br>125 High Street, 19th Floor<br>Boston, MA 02110<br>william.taylor@troutman.com<br>danni.shanel@troutman.com | */s/ John J. O'Connor*<br>John J. O'Connor<br>BBO # 555251<br>Susan M. Silva<br>BBO #694176<br>Kristyn K. St. George<br>BBO #693787<br>PEABODY & ARNOLD LLP<br>600 Atlantic Avenue<br>Boston, MA  02210-2261<br>Phone: (617) 951-2100<br>Fax: (617) 951-2125<br>joconnor@peabodyarnold.com<br>ssilva@peabodyarnold.com<br>kstgeorge@peabodyarnold.com |

Dated: March 13, 2024

## **CERTIFICATE OF SERVICE**

I, Christine A. Knipper, hereby certify that on March 13, 2024, the foregoing document was filed through the ECF system, the document will be sent electronically to the registered participants, and paper copies will be served via electronic mail on those indicated as non-registered participants.

*/s/ Christine A. Knipper*
Christine A. Knipper

2

294098298v.1